**LAW OFFICES OF MARC J. WODIN**
Marc J. Wodin, Esq. - SBN 79573
Elana Bitton, Esq. - SBN. 130835
21600 Oxnard Street, Suite 1110
Woodland Hills, California 91367
Telephone (818) 595-3490
Fax (818) 595-3494



ORIGINAL FILED
OCT 24 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

Attorneys for Defendant CONSECO SENIOR HEALTH INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEJ

| | |
|---|---|
| PAMELA THOMPSON, Individually and as Personal Representative of CHARLES THOMPSON, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>CONSECO SENIOR HEALTH INSURANCE COMPANY, a Pennsylvania corporation, DOES 1 through XX<br><br>Defendant(s). | CASE NO.: C 07 5437<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PARTIES**<br><br>[Sonoma County Superior Court Case No. 241544] |

TO: THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO THE INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Civil Local Rule 3-16, the undersigned, counsel of record for Defendant CONSECO SENIOR HEALTH INSURANCE COMPANY ("Defendant"), certifies that as of this date, other than the named parties, there is no such interest to report. These

/ / /

/ / /

1  representations are made to enable the Court to evaluate possible
2  disqualification or recusal.
3
4  DATED: October 23, 2007         LAW OFFICES OF MARC J. WODIN

   By _____
          MARC J. WODIN
   Attorneys for Defendant CONSECO
   SENIOR HEALTH INSURANCE COMPANY

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and not a party to the withing entitled action. My business address is 21600 Oxnard Street, Suite 1110, Woodland Hills, California 91367.

On October 23, 2007, I served the following described as: **CERTIFICATION OF INTERESTED ENTITIES OR PARTIES**, on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED LIST**

[X]   (BY MAIL) I am "readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage fully prepaid at Woodland Hills, California in the ordinary course of business.

[ ]   (BY FAX) I caused such document to be delivered by fax transmission to the offices of the addressee.

[ ]   (BY PERSONAL DELIVERY) I caused such envelope to be delivered by hand to the offices of the addressee.

_____
ANN MARIE LUNA

1  SERVICE LIST

2  Pamela Thompson, et al v. Conseco Sr. Health Ins Co

3

4  John E. Hill
   Michael P. Guta
   Law Offices of John E. Hill
5  8105 Edgewater Drive, Suite 100
   Oakland, CA 94621
6
   Telephone: (510) 588-1000
7  Facsimile: (510) 729-6333

8  **Attys for Plaintiff**

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28