# UNITED STATES DISTRICT COURT
## Northern District of California

Pamela Thompson, Individually
& as Personal Representative
of CHARLES THOMPSON
        Plaintiff(s),
  v.
CONSECO SENIOR HEALTH
INSURANCE COMPANY, a
Pennsylvania corporation,
        Defendant(s).

Case No. C 07-05437 MEJ

**CONSENT TO ASSIGNMENT**
**OR**
**REQUEST FOR REASSIGNMENT**

Note: Please complete either Part A or Part B below and file with the Clerk of Court.

**A. CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28 U.S.C. Section 636(c), the undersigned party to the above-captioned civil matter hereby voluntarily consents to have a United States magistrate judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Dated: _____

Signature _____

Counsel for _____
(Name of party or indicate "pro se")

**B. REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR TRIAL AND DISPOSITION**

The undersigned party hereby declines to consent to the assignment of this case to a United States magistrate judge for trial and disposition and hereby requests the reassignment of this case to a United States district judge.

Dated: 10/26/07

/s/ Marc J. Wodin
Signature MARC J. WODIN

Counsel for Defendant
(Name of party or indicate "pro se")

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and not a party to the within entitled action. My business address is 21600 Oxnard Street, Suite 1110, Woodland Hills, California 91367.

On October 26, 2007, I served the following described as: **CONSENT TO ASSIGNMENT OR REQUEST FOR REASSIGNMENT**, on the interested parties in this action by electronically filing a true copy thereof with the United Stated District Court - Northern District of California pursuant to the CM/ECF procedures in the U.S. District Court-Northern District Local Rules and FRCP 5(b)(2)(D):

[X]  (BY AUTOMATIC SERVICE) The Notice of Electronic Filing will be generated by CM/ECF and electronically mailed to the offices of the consenting addressee as follows:

John E. Hill
Michael P. Guta
Law Offices of John E. Hill
8105 Edgewater Drive, Suite 100
Oakland, CA 94621

Telephone: (510) 588-1000
Facsimile: (510) 729-6333

**Attys for Plaintiff**

/s/ ANN MARIE LUNA
ANN MARIE LUNA (original signature retained by attorney Marc J. Wodin)