1 **LAW OFFICES OF MARC J. WODIN**
Marc J. Wodin, Esq. - SBN 79573
2 Elana Bitton, Esq. - SBN. 130835
21600 Oxnard Street, Suite 1110
3 Woodland Hills, California 91367
Telephone (818) 595-3490
4 Fax (818) 595-3494

5

Attorneys for Defendant CONSECO SENIOR HEALTH INSURANCE COMPANY
6

7
**UNITED STATES DISTRICT COURT**
8
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9

10

| | |
|---|---|
| PAMELA THOMPSON, Individually and as Personal Representative of CHARLES THOMPSON, Deceased,<br><br>    Plaintiff,<br><br>    vs.<br><br>CONSECO SENIOR HEALTH INSURANCE COMPANY, a Pennsylvania corporation, DOES 1 through XX<br><br>    Defendant(s). | CASE NO.: C 07-05437 PJH<br><br>[Sonoma County Superior Court Case No. 241544]<br><br>**[PROPOSED] ORDER**<br><br>**DATE: December 19, 2007**<br>**TIME: 10:00 a.m.**<br>**CTRM: 3,17th Floor**<br><br>Assigned to: The Honorable Phyllis J. Hamilton |

The Motion To Dismiss Pursuant To FRCP 12(b)(6), and To Strike Pursuant To FRCP 12(f) of Defendant CONSECO SENIOR HEALTH INSURANCE COMPANY came on for hearing before the Court, on December 19, 2007, at 10:00 a.m. in Courtroom 3, 17th Floor, of the above entitled court, the Honorable Phyllis J. Hamilton, District Judge Presiding.  The Law Offices of Marc J. Wodin appeared as attorneys for moving parties, and The Law Offices of John E. Hill appeared as attorneys for plaintiff.

After considering the moving, opposition, and reply papers,

1  arguments of counsel and all matters presented to the Court,
2      IT IS HEREBY ORDERED THAT THE MOTION IS GRANTED.
3      Plaintiff Pamela Thompson ("plaintiff") is hereby dismissed,
4  insofar as she is suing in her own capacity, on the first cause
5  for breach of contract, the second cause for bad faith, and the
6  third for violation of Welfare and Institutions Code §§15600.
7      Plaintiff is dismissed as to the first cause of action for
8  breach of contract pursuant to FRCP 12(b)(6)
9      The following portions of plaintiff's complaint, and each of
10 them, are hereby stricken:
11     Paragraph 12 of the first cause of action for breach of
12 contract: "The acts of Defendants alleged in Paragraph 8, supra,
13 were done maliciously and oppressively and with the intent of
14 defrauding Plaintiff. Plaintiff is therefore entitled to
15 exemplary or punitive damages." Prayer, item 3: "For punitive
16 damages" (insofar as it relates to the first cause of action for
17 breach of contract).
18     Paragraph 15 of the second cause of action for bad faith:
19 "As a direct and proximate result of the actions of the
20 Defendants, and each of them, Plaintiff has suffered emotional
21 distress. . ." Paragraph 19: As a proximate result of said
22 violations. . . Charles Thompson. . .suffered emotional distress.
23 . ."
DATED:

                          THE HONORABLE PHYLLIS J. HAMILTON
                              JUDGE OF THE UNITED STATES
                                    DISTRICT COURT

Law Offices
Marc J. Wodin