UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** December 19, 2007 **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-5437 PJH

**Case Name:** Pamela Thompson v. Conseco Senior Health Insurance Company

**Attorney(s) for Plaintiff:** Michael Guta
**Attorney(s) for Defendant:** Marc Wodin

**Deputy Clerk**: Nichole Heuerman   **Court Reporter**: Sahar McVickar

PROCEEDINGS

Defendant's Motion to Dismiss-GRANTED as stated on the record. Plaintiff will be granted leave to amend as stated on the record.

**Order to be prepared by:** [] Pl [] Def [x] Court

**Notes:**

**cc:** file