# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Thompson,<br><br>              Plaintiff(s),<br><br>       v.<br><br>Conseco Senior Health Insurance Company,<br><br>              Defendant(s). | 07-05437 PJH<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

---

**Notice Re: Noncompliance With Court Order**
07-05437 PJH                    -1-

1  (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,
2  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
3  to an e-mail directed to adr@cand.uscourts.gov.
4
5      It is the responsibility of counsel to schedule an ADR Phone Conference, if
6  required, to occur <u>before</u> the Case Management Conference.
7
8
9  Dated: January 16, 2008
10                                              RICHARD W. WIEKING
                                                Clerk
11                                              by:    Timothy J. Smagacz
12                                              _____
13                                              ADR Administrative Assistant
                                                415-522-4205
14                                              Tim_Smagacz@cand.uscourts.gov
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Notice Re: Noncompliance With Court Order**
07-05437 PJH                           -2-

PROOF OF SERVICE

Case Name:      Thompson v. Conseco Senior Health Insurance Company

Case Number:    07-05437 PJH

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On January 16, 2008, I served a true and correct copy of:

> **Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> John E. Hill
> Law Offices of John E. Hill
> 8105 Edgewater Dr.
> Suite 100
> Oakland, CA 94621
> johnhill@hill-law-offices.com
>
> Michael Paul Guta
> Law Offices of John E. Hill
> 8105 Edgewater Drive
> Suite 100
> Oakland, CA 94621
> johnhill-law@msn.com
>
> Marc Jesse Wodin
> Attorney at Law
> 21600 Oxnard Street
> Suite 1110
> Woodland Hills, CA 91367
> marc_wodin@wodinlaw.com

Elana Bitton
Law Offices of Marc J. Wodin
21600 Oxnard Street, Suite 1110
Woodland Hills, CA 91364

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 16, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov