UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

Date: January 31, 2008                              JUDGE:  Phyllis J. Hamilton

Case No:  C-07-5437  PJH

Case Name: Pamela Thompson v. Conseco Senior Health Insurance Company

Attorney(s) for Plaintiff:         Michael Guta
Attorney(s) for Defendant:         Mark Wodin

**Deputy Clerk**:  Nichole Heuerman              **Court Reporter**: Not Reported

PROCEEDINGS

     Initial Case Management Conference-Held.  Defense counsel informs that court that he intends to file an additional motion to dismiss the first amended complaint.  The court informs the parties that the motion will most likely be decided on the papers but should still be noticed for hearing on a 35 day briefing schedule.  The court sets a pretrial schedule.

**REFERRALS:**

**[x] Case referred to ADR for Mediation to be completed within 120 days**.

**PRETRIAL SCHEDULE:**

**Non Expert Discovery cutoff:  9/10/08**
**Expert disclosure: 11/12/08**
**Expert discovery cutoff: 12/31/08**
**Motions heard by: 11/5/08**
**Pretrial Conference: 3/5/09**
**Trial: 3/30/09 at  8:30 a.m., for 6 days, by [x] Jury  []  Court**

**Order to be prepared by:**   [] Pl [] Def  [x]  Court

**Notes:**

**cc: file; ADR**