**Exhibit A**

CONSECO SENIOR HEALTH INSURANCE COMPANY
11815 N. Pennsylvania Street
P.O. Box 1955
Carmel, IN   46082-1955
1-800-242-4852

*Policy*

October 18, 2000

Charles D Thompson
1150 Lake Mendocino Dr
Ukiah, CA 95482

Policy Number:   EM   9729
Insured:         Charles Thompson

Dear Charles Thompson:

Thank you for the opportunity to serve your insurance needs.

We have processed your request for a duplicate policy/certificate of insurance which is enclosed.  Please place this document in a safe place for future reference.

We want to assure you of our continued commitment to provide you with the best possible service.  If we may be of assistance, please contact our office or your local representative.

Sincerely,
Policy Change Department

Enclosure
CPC0274
REK

TRANSPORT LIFE INSURANCE COMPANY    APPLI    N STREET, FORT WORTH, TEXAS 76102    EM 9729

Application for: ☒ NEW POLICY   [ ] REINSTATEMENT   [ ] ADD/INCREASE OF BENEFITS
Policy No(s) to be changed

| BENEFIT PERIOD: | ☐ Lifetime | [ ] 4 Year | [ ] 3 Year | [ ] 2 Year | [ ] 1-Year | PREMIUM PAYMENT MODE | INITIAL PREMIUM |
|---|---|---|---|---|---|---|---|

Long Term Care Benefit Amount: ($20  $200) $

Options: ☐ Compounded Inflation Protection Rider
☐ Home Health Care Benefit Rider
☐ Return of Premium Rider

Home Health Care Benefit Amount: ($20  $100) $
The Home Health Care benefit amount cannot exceed the Long Term Care benefit amount.

Waiting Period:
☒ 0 days   ☒ 90 days

PREMIUM PAYMENT MODE:
☐ Annually
☐ Semi-Annually
☐ Quarterly
☐ ... Bank Draft

PROPOSED INSURED'S SOCIAL SECURITY NO

PHONE NO   BEST TIME TO CALL
HOME   WORK

SEX   AGE   BIRTHDATE

PROPOSED INSURED
NAME
STREET ADDRESS
CITY   STATE   ZIP

ALTERNATE PREMIUM PAYOR
NAME
STREET ADDRESS
CITY   STATE   ZIP

You are not eligible for this coverage if you are currently eligible for Medicaid.

|  | YES | NO |
|---|---|---|
| Have you ever been declined for Long Term Care Coverage by Transport Life Insurance Company? |  |  |

**PART I**

| A. Have you ever suffered from a stroke or do you have a colostomy? |  |  |
| B. Do you have or have you been diagnosed to have Acquired Immune Deficiency Syndrome (AIDS) or AIDS Related Complex (ARC)? |  |  |
| C. Do you use a walking aid (except for a cane) or wheelchair; or do you have any type of amputation due to disease; or are you completely or partially paralyzed; or are you bedridden or blind? |  |  |

**WITHIN THE LAST SIX MONTHS HAVE YOU:**

| | YES | NO |
|---|---|---|
| D. Used or been advised by a physician to make arrangements for the service of a nurse, home care agency or home health aid in daily living? |  |  |
| E. Been advised by a physician to be confined to a hospital or nursing facility for any condition? |  |  |
| F. Required or used any medication for diabetes? |  |  |

**WITHIN THE LAST TWO YEARS HAVE YOU:**

| | YES | NO |
|---|---|---|
| G. Received any advice, treatment or consultation for: |  |  |
| (1) Emphysema, or other obstructive lung disease or rheumatoid arthritis? |  |  |
| (2) Alzheimer's disease, senile dementia or organic brain syndrome, mental disorders, alcoholism, drug addiction or cirrhosis of the liver? |  |  |
| (3) Parkinson's disease, multiple sclerosis, muscular dystrophy, Lou Gehrig's disease or any other degenerative neuromuscular diseases? |  |  |
| (4) Paget's disease, osteomyelitis, osteoporosis or any other degenerative bone diseases? |  |  |
| H. Required kidney dialysis? |  |  |
| I. Been confined to a nursing home, skilled nursing facility or intermediate or custodial care facility? |  |  |

**WITHIN THE LAST TEN YEARS HAVE YOU:**

| | YES | NO |
|---|---|---|
| J. Had or been treated for internal cancer (except skin cancer), malignant melanoma or leukemia? |  |  |
| K. Been treated for heart disease of any kind, including congestive heart failure? |  |  |
| L. Had any symptoms or treatment for any degenerative disease of the eye, including glaucoma, other than cataracts? |  |  |
| M. Had surgery or been advised to have surgery for any circulatory problem, including problems with the carotid arteries? |  |  |

**PART II**

A. Within the past two years have you been confined to a hospital, mental health center, alcohol or drug rehabilitation center? If yes, please provide the information requested below:

| Date Admitted | Date Released | Name and Address of Hospital or Other Facility | Reason for Confinement |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

B. Are you taking or have you taken any prescription drugs within the past six weeks?    YES ☒  NO [ ]
If "yes", please list the drug and the condition for which it was prescribed:

| Drug | Condition |
|---|---|
|  | Hyperkinesis |
|  |  |

IS INSURANCE APPLIED FOR INTENDED TO REPLACE EXISTING INSURANCE?    YES [ ]  NO [ ]
WHICH COMPANY?

**HOME OFFICE ENDORSEMENT**

**AGREEMENT:** I hereby agree that: (1) all statements and answers contained herein are full, complete and true to the best of my knowledge and belief; (2) any information acquired by an agent of the Company which is not contained in this application shall not be binding upon the Company; (3) the insurance hereby applied for will not be considered in force until a policy is issued and the full first month's premium paid while I am alive and in good health and other conditions remain as described in this application; and (4) only an officer of the Company may change, waive or alter the terms and conditions of this application.

**AUTHORIZATION AND ACKNOWLEDGEMENT**

I authorize Transport Life Insurance Company or its reinsurers to obtain information as to the diagnosis or treatment of any physical or mental condition, and any other information needed in order to determine my eligibility for insurance. Upon presentation of this authorization or a copy of it, they may obtain such information or records thereof from any physician, medical practitioner, hospital, clinic, veteran's hospital or other medical facility, insurance company or insurance support organization. I know that I may request to receive a copy of this authorization. I know that I may request to be interviewed if an investigative consumer report is prepared in connection with this application. I agree that a photographic copy of this authorization shall be as valid as the original. I agree this authorization shall be valid for two and one half years from the date shown below.

I acknowledge receipt of the "Notice of Insurance Information Practices," "Guide to Health Insurance for People with Medicare," "Outline of Coverage," and the "Long Term Care Buyer's Guide."

Signed and Dated at

I certify that I have truly and accurately recorded on the application the information supplied by the Proposed Insured.

CAUTION: If your answers on this application are intentionally incorrect or untrue, Transport Life has the right to deny benefits or rescind your policy

Signed (X)                    Signed by X

Agent's Name  Nicole Crumley                 (SELECT

(1001-APP(SR)CA)

## SCHEDULE

This Schedule contains important benefit periods, and benefit amounts you
have selected and the premiums for your policy.

|  |  |  |
|---|---|---|
| WAITING PERIOD: | 0 DAYS | |
| MAXIMUM DAYS: | LIFETIME | |
| | | $1,061.76 |
| BASE POLICY: | | |
| LONG TERM CARE DAILY BENEFIT | $80.00 | |
| | | $299.52 |
| HOME HEALTH CARE BENEFIT RIDER | | |
| Maximum Benefit Amount: | | |
| Home Health Care Daily Benefit | $80.00 | |
| Respite Care Daily Benefit | $80.00 | |
| Homemaker Daily Benefit | $80.00 | |
| Adult Day Care Daily Benefit | $40.00 | |
| | | $1,361.28 |
| TOTAL ANNUAL PREMIUM | | |

—

INSURED:    Your Policy is effective on the POLICY DATE:    OCTOBER 24, 1992

CHARLES D THOMPSON

1150 LAKE MENDOCINO DR    POLICY NUMBER          EM   9729

UKIAH CA  95482          INITIAL PREMIUM                $113.44

                        MODE                           MONTHLY

11001-A

237TL003640 WS:IDW09A OPR:GLH

00-H2J
RICH KISSLING
NEED ASAP FOR DOI REQUEST

# TRANSPORT LIFE
# INSURANCE COMPANY
714 MAIN STREET FORT WORTH, TX 76101-1363

January 01, 1993

CHARLES D THOMPSON
1150 LAKE MENDOCINO DR
UKIAH CA  95482

Re:  Customer Service File EM   9729

Dear CHARLES D THOMPSON:

Thank you for selecting the Long Term Care Policy underwritten by
Transport Life Insurance Company.  The benefits you have chosen are
summarized as follows:

|  |  |
|---|---|
| WAITING PERIOD: | 0 DAYS |
| MAXIMUM DAYS: | LIFETIME |
| BASE POLICY: | |
|     LONG TERM CARE DAILY BENEFIT | $80.00 |
| HOME HEALTH CARE BENEFIT RIDER | |
|     Maximum Benefit Amount: | |
|         Home Health Care Daily Benefit | $80.00 |
|         Respite Care Daily Benefit | $80.00 |
|         Homemaker Daily Benefit | $80.00 |
|         Adult Day Care Daily Benefit | $40.00 |

You should review this information carefully, and it is also im-
portant that you review the enclosed copy of your application.  All
questions must be answered accurately to ensure that your coverage
is valid.  If any information is incorrect or misstated, please
provide the correct information to the Transport Life Underwriting
Department at the address shown above.

You can expect to hear from us shortly, when the underwriting pro-
cess has been completed and a decision has been made regarding your
application for coverage.  Meanwhile, if you are covered under an-
other policy, please maintain it until you receive verification of
coverage from Transport Life and you have reviewed your policy.

Thank you again for choosing Transport Life.  If you have a ques-
tion please do not hesitate to call us at our toll free number
1-800-336-7891.

TRANSPORT LIFE INSURANCE COMPANY

*Becky A. Cole*

BECKY COLE
Policy Administration

A PRIMERICA COMPANY                                    NBD31S## 63

237TL003640 WS:IDW09A OPR:GLH

00-H2J
RICH KISSLING
NEED ASAP FOR DOI REQUEST

**TRANSPORT LIFE
INSURANCE COMPANY**

November 11, 1992

CHARLES D THOMPSON
1150 LAKE MENDOCINO DR
UKIAH CA  95482

Re:  Customer Service File EM   9729

Dear CHARLES D THOMPSON:

Thank you for selecting the Long Term Care Policy underwritten by
Transport Life Insurance Company.  The benefits you have chosen are
summarized as follows:

| | |
|---|---|
| WAITING PERIOD: | 0 DAYS |
| MAXIMUM DAYS: | LIFETIME |
| BASE POLICY: | |
| LONG TERM CARE DAILY BENEFIT | $40.00 |
| HOME HEALTH CARE BENEFIT RIDER | |
| Maximum Benefit Amount: | $80.00 |
| Home Health Care Daily Benefit | $80.00 |
| Respite Care Daily Benefit | $60.00 |
| Homemaker Daily Benefit | $40.00 |
| Adult Day Care Daily Benefit | |

You should review this information carefully, and it is also im-
portant that you review the enclosed copy of your application.  All
questions must be answered accurately to ensure that your coverage
is valid.  If any information is incorrect or misstated, please
provide the correct information to the Transport Life Underwriting
Department at the address shown above.

You can expect to hear from us shortly when the underwriting pro-
cess has been completed and a decision has been made regarding your
application for coverage.  Meanwhile, if you are covered under an-
other policy, please maintain it until you receive verification of
coverage from Transport Life and you have reviewed your policy.

Thank you again for choosing Transport Life.  If you have a ques-
tion please do not hesitate to call us at our toll free number
1-800-116-7891.

TRANSPORT LIFE INSURANCE COMPANY

Becky A Cole

BECKY COLE
Policy Administration

NBD31544 106

A PRIMERICA COMPANY

287TL004029 WS:IDW09A OPR:GLH

00-H2J
RICH KISSLING
NEED ASAP FOR DUP REQUEST

# CALIFORNIA LIFE AND HEALTH INSURANCE
## GUARANTY ASSOCIATION ACT
### NOTICE CONCERNING GENERAL PURPOSES
### AND COVERAGE LIMITATIONS

Residents of California who purchase life insurance, annuities or health insurance should know that the insurance companies licensed in this state to write these types of insurance are members of the California Life and Health Insurance Guaranty Association. The purpose of this Association is to assure that policyholders will be protected, within limits, in the unlikely event that a member insurer becomes financially unable to meet its obligations. If this should happen, the Guaranty Association will assess its other member insurance companies for the money to pay the claims of insured persons who live in this state and, in some cases, to keep coverage in force. The valuable extra protection provided by these insurers through the Guaranty Association is not unlimited, however, as noted in the box below.

The California Life and Health Insurance Guaranty Association may not provide coverage for this policy. If coverage is provided, it may be subject to substantial limitations or exclusions, and require continued residency in California. You should not rely on coverage by the California Life and Health Insurance Guaranty Association in selecting an insurance company or in selecting an insurance policy.

Coverage is NOT provided for your policy or any portion of it that is not guaranteed by the insurer which is excluded from coverage, or for which you have assumed the risk, such as a variable contract sold by prospectus.

Insurance companies or their agents are required by law to give or send you this notice. However, insurance companies and their agents are prohibited by law from using the existence of the guaranty association to induce you to purchase any kind of insurance policy.

Policyholders with additional questions may contact:

The California Life and Health Insurance Guaranty Association
P.O. Box 76969
Los Angeles, CA 90070

California Department of Insurance
100 Van Ness Avenue - 17th Floor
San Francisco, California 94102

The state law that provides for this safety-net coverage is called the California Life and Health Insurance Guaranty Association Act. On the back of this page is a brief summary of this law's coverages, exclusions and limits. This summary does not cover all provisions of the law; nor does it in any way change anyone's rights or obligations under the act or the rights or obligations of the Association.

(please turn to back of page)

20758-CA

287TL004029 WS:IDW09A OPR:GLH

00-H2J
RICH KISSLING
NEED ASAP FOR DUP REQUEST

## COVERAGE

Generally, individuals will be protected by the California Life and Health Insurance Guaranty Association if they live in this state and hold a life insurance contract, an annuity, or health insurance contract, or if they are insured under a group insurance contract, issued by a member insurer. The beneficiaries, payees or assignees of insured persons are protected as well, even if they live in another state.

## EXCLUSIONS FROM COVERAGE

However, persons holding such policies are not protected by this Association if:

- they are eligible for protection under the laws of another state (this may occur when the insolvent insurer was incorporated in another state whose guaranty association protects insureds who live outside that state);
- the insurer was not authorized to do business in this state;
- their policy was issued by a charitable organization , a fraternal benefit society, a mandatory state pooling plan, a mutual assessment company, an insurance exchange, a non-profit hospital service plan, a health care service plan. or a grants and annuities society holding a certificate of authority under Section 11520.

The Association also does not provide coverage for:

- any policy or portion of a policy which is not guaranteed by the insurer or for which the individual has assumed the risk, such as a variable contract sold by prospectus;
- any policy of reinsurance (unless an assumption certificate was issued);
- interest rate yields that exceed an average rate;
- dividends;
- credits given in connection with the administration of a policy by a group contract holder;
- unallocated annuity contracts;
- any plan or program of an employer or association that provides life, annuity, or health benefits to its employees or members to the extent the plan is self-funded or uninsured.

## LIMITS ON AMOUNT OF COVERAGE

The act also limits the amount the Association is obligated to pay out: The Association is not liable to pay in excess of the lesser of (1) the contractual obligations for which the insurer is liable or for which the insurer would have been liable if it were not an impaired or insolvent insurer, or (2) $200,000 in health insurance benefits, increased or decreased annually based upon changes in the health care cost component of the consumer price index. The Association cannot pay more than 80% of what the insurance company would owe under a policy or contract. Also, for any one insured life, the Association will pay a maximum of $250,000 - no matter how many policies and contracts there were with the same company, even if they provided different types of coverages. Within this overall $250,000 limit, the Association will not pay more than $100,000 in cash surrender values, $100,000 in present value of annuities, or $250,000 in life insurance death benefits - again, no matter how many policies and contracts there were with the same company, and no matter how many different types of coverages.

## PREMIUM SURCHARGE

Member insurers are required to recoup assessments paid to the Association by way of a surcharge on premiums charged for insurance policies to which the Act applies.

---

**TRANSPORT LIFE INSURANCE COMPANY**
**714 MAIN STREET**
**FORT WORTH, TEXAS 76102**

287TL004029 WS:IDW09A OPR:GLH

00-H2J
RICH KISSLING
NEED ASAP FOR DUP REQUEST

# TRANSPORT LIFE INSURANCE COMPANY

714 Main Street
Fort Worth, Texas 76102

Should any dispute arise, please write to the Company. The Department of Insurance should be contacted only after the complainant and the Company or its agent have failed to produce a satisfactory solution to a problem. The Department of Insurance may be reached at the following address and telephone number: Department of Insurance, Consumer Services Division, 300 South Spring Street, Los Angeles, California 90013. (800) 927-4357

10986-CA(7 91)

287TL004029 WS:IDW09A OPR:GLH

00-H2J
RICH KISSLING
NEED ASAP FOR DUP REQUEST



TRANSPORT LIFE TRANSPORT LIFE TRANSPORT LIFE TRANSPORT LIFE TRANSPORT (watermark)

# TRANSPORT LIFE INSURANCE COMPANY
## (We, Us, Our)
**714 Main Street**
**Fort Worth, Texas 76102**

## LONG TERM CARE INSURANCE POLICY

**NOTICE TO BUYER:** This Policy may not cover all of the costs you incur associated with long term care during the period of coverage. You are advised to review all Policy limitations carefully

## RENEWAL CONDITIONS - GUARANTEED RENEWABLE FOR LIFE

This Policy is guaranteed renewable for life if you pay the premium when due or within the Grace Period. If you pay the premium on time, we cannot cancel the Policy or place any restrictions on it. We may change the premium rates for this Policy. If we do change such premiums, we will do so only if we change the premiums for all policies which have the same form number as this Policy and which were issued in the same class and in the same state as this Policy.

## IMPORTANT NOTICE! PLEASE READ!

This Policy was issued based on your responses to the questions on your Application. A copy of your Application is attached and is a part of this Policy. Please read it and check to see that the information is correct and complete. If any requested medical history has been left out, or if there is an error, please notify us immediately. If your answers are incorrect or untrue, we have the right to deny benefits or rescind your Policy, subject to the Time Limit on Certain Defenses provision. The best time to clear up any questions is now, before a claim arises!

## 30-DAY RIGHT TO EXAMINE POLICY

PLEASE READ YOUR POLICY CAREFULLY - THIS POLICY IS A LEGAL CONTRACT BETWEEN YOU AND US. If you are not satisfied for any reason, return the Policy to us or our agent within 30 days after you receive it. We will refund your premium within 30 days and the Policy will be void.

This Policy is signed for Transport Life Insurance Company by its Secretary and President.

### TRANSPORT LIFE INSURANCE COMPANY

*Elisabeth S. DeLacey*

Secretary

*Garland M. Lasater*

President

11001-CA

**INDEX**

RENEWAL CONDITIONS                                              11001-CA

NOTICE OF 30-DAY RIGHT TO EXAMINE POLICY                       11001-CA

SCHEDULE                                                        11001-A

DEFINITIONS                                                     11001-B-CA

BENEFITS                                                        11001-B-CA

PREEXISTING CONDITIONS                                          11001-B-CA

LIMITATIONS AND EXCLUSIONS                                      11001-C-CA

PREMIUMS                                                        11001-C-CA

TERMINATION OF COVERAGE                                         11001-C-CA

CLAIM PROVISIONS                                                11001-C-CA

GENERAL PROVISIONS                                              11001-D

## INSURING PROVISION

We agree to pay you the benefits provided by this Policy, subject to its definitions, provisions, limitations and exceptions.

## CONSIDERATION

We have issued this Policy in consideration of the Application and payment of the first premium on or before the Policy Date.

Coverage begins on the Policy Date at 12 noon, standard time, at your residence. The Policy will remain in force for any period for which the premium is paid when due or during the grace period.

## DEFINITIONS

This section provides the meaning of special terms used in this Policy.

**DOCTOR:** A person who is:

1. Licensed by the state in which he or she practices to treat the injury or sickness covered under this Policy; and

2. Acting within the scope of his or her license; and

A Doctor does not mean someone who is a member of your Family or the owner or an employee of the Nursing Home or Hospice where you are confined.

**FAMILY:** You, your spouse, your brothers, your sisters, your step-brothers, your step-sisters, your children, your step-children and your grandchildren.

**HOSPICE:** A place which provides a formal program of care which is: (1) for terminally ill patients whose life expectancy is less than 6 months; (2) provided on an inpatient basis; and (3) directed by a Doctor. It must be licensed, certified or registered in accordance with state law.

**NURSING HOME:** A place which:

1. Is appropriately licensed by the state for the services it provides such as a convalescent nursing facility, a skilled nursing facility, a convalescent hospital, a convalescent unit of a hospital, an intermediate care facility, or a custodial care facility; and

2. Provides skilled, intermediate, or custodial nursing care under the supervision of a Doctor or graduate registered nurse; and

3. Provides 24-hour nursing service by or under the supervision of a graduate registered nurse (R.N.); and

4. Maintains a daily medical record of each patient which is available for review by the Company.

A NURSING HOME does not mean a hospital or clinic, boarding home, home for the aged or mentally ill, rest home, community living center, a place that provides domiciliary, residential, or retirement care, a place which operates primarily for the treatment of alcoholics or drug addicts, or a hospice.

## BENEFITS

The Waiting Period and Maximum Days are shown in the Schedule. Payment will not be made for more than one benefit provided under this Policy and the attached Riders for any given day.

**A.  LONG TERM CARE BENEFIT:** For each day you are confined to a Nursing Home or Hospice, we will pay your Long Term Care Daily Benefit. You must first meet your Waiting Period. Your Waiting Period is the number of days you must be confined in a Nursing Home before benefits would otherwise be payable. We will not pay benefits for the number of days you are confined that are more than your Maximum Days.

Your Nursing Home or Hospice confinement must be:

1.  Medically necessary (Care that is appropriate to the diagnosis, widely accepted by the practicing peer group based upon scientific criteria, and not experimental or investigative); or

2.  Because you are unable to perform two or more of the following activities:
    a.  Bathing (washing yourself, including a sponge bath, with or without extra equipment);
    b.  Dressing (putting on and taking off clothing);
    c.  Feeding (Consuming food that has already been prepared and made available with or without the use of adaptive utensils. 'Feeding' does not mean to prepare and cook food);
    d.  Toileting (doing both of the following: getting on and off the toilet; and maintaining a reasonable level of personal hygiene);
    e.  Transferring (moving from a bed to a wheelchair or other type of conveyance or furniture, and returning to the bed, as needed); or

3.  Because a Doctor has determined you have a cognitive impairment resulting in a need for constant supervision. Cognitive impairment means you are unable to think, perceive, reason or remember. Your inability may be because of Alzheimer's disease, Parkinson's disease, or senile dementia.

**B.  BENEFIT REBUILDER:** After we have paid you benefits and you have used some or all of your Maximum Days, your benefits may be restored to the Maximum Days as shown in the Schedule. You must not be confined to a Nursing Home or Hospice or receive care for which benefits could be provided by this Policy or attached Riders for 180 consecutive days. You do not need to meet another Waiting Period after rebuilding your Maximum Days.

**C.  WAIVER OF PREMIUM:** When benefits have been payable for 90 consecutive days of confinement to a Nursing Home or Hospice, you do not have to pay premium for this Policy while you continue to be confined. If you paid premium for a quarterly, semi-annual or annual period, your premium period will be changed to monthly during the time you do not pay premium. We will refund prepaid premium every month that we determine you are eligible for this benefit.

## PREEXISTING CONDITIONS

A Preexisting Condition is a condition for which medical advice or treatment was recommended by or received from a Doctor before the Policy Date. A Preexisting Condition will be covered on or after the Policy Date provided such condition would not have caused you to be ineligible if disclosed on the Application.

## INSURING PROVISION

We agree to pay you the benefits provided by this Policy, subject to its definitions, provisions, limitations and exceptions.

## CONSIDERATION

We have issued this Policy in consideration of the Application and payment of the first premium on or before the Policy Date.

Coverage begins on the Policy Date at 12 noon, standard time, at your residence. The Policy will remain in force for any period for which the premium is paid when due or during the grace period.

## DEFINITIONS

This section provides the meaning of special terms used in this Policy.

**DOCTOR:** A person who is:

1. Licensed by the state in which he or she practices to treat the injury or sickness covered under this Policy; and

2. Acting within the scope of his or her license; and

A Doctor does not mean someone who is a member of your Family or the owner or an employee of the Nursing Home or Hospice where you are confined.

**FAMILY:** You, your spouse, your brothers, your sisters, your step-brothers, your step-sisters, your children, your step-children and your grandchildren.

**HOSPICE:** A place which provides a formal program of care which is: (1) for terminally ill patients whose life expectancy is less than 6 months; (2) provided on an inpatient basis; and (3) directed by a Doctor. It must be licensed, certified or registered in accordance with state law.

**NURSING HOME:** A place which:

1. Is appropriately licensed by the state for the services it provides such as a convalescent nursing facility, a skilled nursing facility, a convalescent hospital, a convalescent unit of a hospital, an intermediate care facility, or a custodial care facility; and

2. Provides skilled, intermediate, or custodial nursing care under the supervision of a Doctor or graduate registered nurse; and

3. Provides 24-hour nursing service by or under the supervision of a graduate registered nurse (R.N.); and

4. Maintains a daily medical record of each patient which is available for review by the Company.

A NURSING HOME does not mean a hospital or clinic, boarding home, home for the aged or mentally ill, rest home, community living center, a place that provides domiciliary, residential, or retirement care, a place which operates primarily for the treatment of alcoholics or drug addicts, or a hospice.

## LIMITATIONS AND EXCLUSIONS

We will not pay benefits for either:

1.  Alcoholism or chemical dependency. However, we will pay for chemical dependency that results from drugs administered on the advice of and in such doses as prescribed by a Doctor.

2.  Mental or Nervous Disorders. (A Mental or Nervous Disorder is a neurosis, psychoneurosis, psychopathy, psychosis or mental or emotional disease or disorder of any kind without demonstrable organic origin. Alzheimer's disease, Parkinson's disease, and senile dementia are not Mental or Nervous Disorders under this Policy.)

## PREMIUMS

**PAYMENT OF PREMIUM:** All premium due dates are determined from the Policy Date. The first premium was due before we delivered the Policy. All other premiums are due in advance of the period they are to cover. Premiums after the first one are to be payable to us. The premiums for this Policy may change, as stated in the Renewal Premiums provision.

**REFUND OF PREPAID PREMIUMS:** If we are notified of your death, we will refund any prepaid premium for any period beyond the end of the month in which your death occurred.

**RENEWAL PREMIUMS:** We may change the premium rates for this Policy. If we do change such premiums, we will do so only if:

1.  We change the premiums for all policies which have the same form number as this Policy and which were issued in the same class and in the same state as this Policy; and

2.  We have given you at least 45 days prior notice of such change.

**ALTERNATE PREMIUM PAYOR:** If you have given us notice of an alternate premium payor, as shown in the Application, we will send the alternate premium payor a copy of any late premium notice and a copy of any lapse notice. You may change the alternate premium payor by giving us written notice.

## TERMINATION OF COVERAGE

**TERMINATION FOR NONPAYMENT OF PREMIUM:** Your coverage will end if the required premium is not paid when due or within the 31 day grace period. This will not affect a claim for expenses incurred before the coverage ended.

**GRACE PERIOD:** This Policy has a 31-day grace period. This means that if a premium is not paid on or before the date it is due, it may be paid during the following 31 days following the due date. During the grace period, this Policy will stay in force.

**REINSTATEMENT:** If the renewal premium is not paid before the Grace Period ends, the Policy will lapse. Our later acceptance of the premium without requiring an application for reinstatement will reinstate this Policy.

If we require an application, you will be given a conditional receipt for the premium. If the application is approved, the Policy will be reinstated as of the approval date. Lacking such approval, the Policy will be reinstated on the 30th day after the date of the conditional receipt unless we have previously written you of our disapproval.

If the Policy is reinstated, we will cover only loss that results from a confinement that begins after the date of reinstatement. In all other respects your rights and our rights will remain the same, subject to any provisions imposed by us.

Premium must be paid from the date of the last premium payment at the rate that would have been in effect had the Policy been in force. Payment must be made to us within 15 days from the date it is requested by us.

**EXTENDED REINSTATEMENT:** Within 120 days after the Policy lapses for nonpayment of premium, you or any person authorized to act on your behalf, may request reinstatement of the Policy if you were diagnosed as having a cognitive impairment at the time the Policy lapsed. Cognitive impairment means that a Doctor has determined you are unable to think, perceive, reason or remember.

We may request that a Doctor provide written certification that diagnosis of cognitive impairment was established at the time the Policy lapsed. Upon our receipt of such certification, the Policy will be reinstated without evidence of insurability.

The reinstated Policy will cover loss which occurred from the date the Policy lapsed. Coverage will be provided at the same level provided prior to reinstatement.

Premium must be paid from the date of the last premium payment at the rate that would have been in effect had the Policy been in force. Payment must be made to us within 15 days from the date it is requested by us.

## CLAIM PROVISIONS

**NOTICE OF CLAIM:** Written notice of claim must be given to us within 180 days after a covered loss starts or as soon as reasonably possible. The notice must be given to us at our Home Office. Notice should include your name and Policy number.

**CLAIM FORMS:** When we receive your notice of claim, we will send you forms for filing proof of loss. If these forms are not sent to you within 15 days after we receive your notice, you will meet the proof of loss requirements by giving us a written statement of the nature and extent of the loss. We must receive this statement within the time limit stated in the Proof of Loss section.

**PROOF OF LOSS:** Written proof of loss must be furnished to us within 90 days after we receive notice of claim. We will not deny or reduce any benefit because we are not furnished proof in the time required if it is not possible for you to do so. However, proof must be furnished as soon as reasonably possible and in no event, except in the absence of legal capacity, later than 18 months from the time proof is required.

**TIME OF PAYMENT OF CLAIMS:** Benefits payable under this Policy will be paid as soon as we receive proper written proof of loss.

**PAYMENT OF CLAIMS:** We will pay all benefits to you. If any accrued benefits are unpaid at your death, we may pay them to your spouse, if living, otherwise to your estate. We may pay benefits up to $1,000 to anyone related to you by blood or by connection of marriage whom we consider to be entitled to the benefits if the benefits are payable: to your estate; or to a person who is a minor or otherwise not competent to give a valid release. Any payment made by us in a good faith under this provision will fully discharge us to its extent.

**CLAIM APPEAL PROCESS:** Our procedure is to treat each claim submission fairly, based on the facts we are provided. You may have additional information that could change a claim decision. To provide a full and fair review, we have established an appeal process in the event you want to appeal or review a claim decision. You will be notified of your right to appeal and the appeal process at the time an initial claim decision is made.

**PHYSICAL EXAMINATION:** At our expense, we have the right to have you examined as often as reasonably necessary while a claim is pending.

**LEGAL ACTION:** No legal action may be brought to recover on this Policy within 60 days after written proof of loss has been given as required by this Policy. No action may be brought after three years from the time written proof of loss is required to be given.

## GENERAL PROVISIONS

**ENTIRE CONTRACT; CHANGES:** This Policy, including the Application and any attachments and Riders, is the entire contract between you and us. No change in this Policy will be valid until approved, in writing, by an officer of the Company and the approval has been forwarded to you for attachment to your Policy. No other person has the authority to change this Policy or to waive any of its provisions.

**TIME LIMIT ON CERTAIN DEFENSES:** After six months from the Policy Date, no misstatements, except fraudulent misstatements, made in the Application may be used to void the Policy or to deny a claim for loss incurred after the expiration of the six-month period.

**MISSTATEMENT OF AGE:** If your age has been misstated, we will pay only such amount as the premium paid would have purchased at the correct age.

**ASSIGNMENT:** Any assignment of your interest under this Policy must be in writing. It must be filed in our Home Office, prior to payment of any benefit. We assume no responsibility for the validity of any assignment.

**FREE CHOICE OF A DOCTOR:** You have free choice of a Doctor.

**CONFORMITY WITH STATE STATUTES:** Any provision of this Policy which, on its effective date, is in conflict with the laws of the state in which you live on that date is amended to conform to the minimum requirements of such laws.

**TRANSPORT LIFE INSURANCE COMPANY**
714 Main Street, Fort Worth, Texas 76102

## ALTERNATE PLAN OF CARE RIDER

NOTICE. This Rider is made a part of the Policy to which it is attached. It is effective on the Policy Date shown in the Schedule. This Rider is subject to all of the Policy definitions, provisions, exceptions and limitations which are not inconsistent with the provisions of this Rider.

If you would otherwise require confinement in a Nursing Home, we may pay for the cost of services under a written Alternate Plan of Care, if appropriate alternative care is a medically acceptable option.

The Alternate Plan of Care:

1.   Must be agreed to by you, your Doctor, and us;

2.   May be initiated by you or us;

3.   Will be developed by or with health care professionals.

Suggested services, benefit levels and location of services will be specified in the Alternate Plan of Care. They may be different from or not otherwise covered by the Policy. Your agreement to participate in an Alternate Plan of Care will not waive any of your or our rights under the Policy. Any plan adopted, including the benefit levels to be payable, must be mutually agreeable to you, your Doctor, and us.

The total of all benefits paid under the Policy and this Rider will not be more than the Long Term Care Benefit Amount multiplied by the Maximum Days.

Some examples of services that may be provided in an Alternate Plan of Care are:

1.   Building a ramp for wheelchair access; or

2.   Modifying a kitchen or bathroom; or

3.   Care provided in Alzheimer's Centers or similar arrangements.

This Rider is effective on the Policy Date.

**TRANSPORT LIFE INSURANCE COMPANY**

*Elisabeth S. DeLaugy*

Secretary

*Garland M. Lasater*

President

# TRANSPORT LIFE INSURANCE COMPANY

714 Main Street
Fort Worth, Texas 76102

Should any dispute arise, please write to the Company. The Department of Insurance should be contacted only after the complainant and the Company or its agent have failed to produce a satisfactory solution to a problem. The Department of Insurance may be reached at the following address and telephone number: Department of Insurance, Consumer Services Division, 300 South Spring Street, Los Angeles, California 90013, (800) 927-4357.

# CALIFORNIA LIFE AND HEALTH INSURANCE GUARANTY ASSOCIATION ACT
# NOTICE CONCERNING GENERAL PURPOSES AND COVERAGE LIMITATIONS

Residents of California who purchase life insurance, annuities or health insurance should know that the insurance companies licensed in this state to write these types of insurance are members of the California Life and Health Insurance Guaranty Association. The purpose of this Association is to assure that policyholders will be protected, within limits, in the unlikely event that a member insurer becomes financially unable to meet its obligations. If this should happen, the Guaranty Association will assess its other member insurance companies for the money to pay the claims of insured persons who live in this state and, in some cases, to keep coverage in force. The valuable extra protection provided by these insurers through the Guaranty Association is not unlimited, however, as noted in the box below.

> **The California Life and Health Insurance Guaranty Association may not provide coverage for this policy. If coverage is provided, it may be subject to substantial limitations or exclusions, and require continued residency in California. You should not rely on coverage by the California Life and Health Insurance Guaranty Association in selecting an insurance company or in selecting an insurance policy.**
>
> **Coverage is *NOT* provided for your policy or any portion of it that is not guaranteed by the insurer which is excluded from coverage, or for which you have assumed the risk, such as a variable contract sold by prospectus.**
>
> **Insurance companies or their agents are required by law to give or send you this notice. *However, insurance companies and their agents are prohibited by law from using the existence of the guaranty association to induce you to purchase any kind of insurance policy.***
>
> **Policyholders with additional questions may contact:**
>
> **The California Life and Health Insurance Guaranty Association**
> **P.O. Box 70069**
> **Los Angeles, CA 90070**
>
> **California Department of Insurance**
> **100 Van Ness Avenue - 17th Floor**
> **San Francisco, California 94102**

The state law that provides for this safety-net coverage is called the California Life and Health Insurance Guaranty Association Act. On the back of this page is a brief summary of this law's coverages, exclusions and limits. This summary does not cover all provisions of the law; nor does it in any way change anyone's rights or obligations under the act or the rights or obligations of the Association.

**(please turn to back of page)**

## COVERAGE

Generally, individuals will be protected by the California Life and Health Insurance Guaranty Association if they live in this state and hold a life insurance contract, an annuity, or health insurance contract, or if they are insured under a group insurance contract, issued by a member insurer. The beneficiaries, payees or assignees of insured persons are protected as well, even if they live in another state.

## EXCLUSIONS FROM COVERAGE

However, persons holding such policies are not protected by this Association if:

- they are eligible for protection under the laws of another state (this may occur when the insolvent insurer was incorporated in another state whose guaranty association protects insureds who live outside that state);
- the insurer was not authorized to do business in this state;
- their policy was issued by a charitable organization , a fraternal benefit society, a mandatory state pooling plan, a mutual assessment company, an insurance exchange, a non-profit hospital service plan, a health care service plan, or a grants and annuities society holding a certificate of authority under Section 11520.

The Association also does not provide coverage for:

- any policy or portion of a policy which is not guaranteed by the insurer or for which the individual has assumed the risk, such as a variable contract sold by prospectus;
- any policy of reinsurance (unless an assumption certificate was issued);
- interest rate yields that exceed an average rate;
- dividends;
- credits given in connection with the administration of a policy by a group contract holder;
- unallocated annuity contracts;
- any plan or program of an employer or association that provides life, annuity, or health benefits to its employees or members to the extent the plan is self-funded or uninsured.

## LIMITS ON AMOUNT OF COVERAGE

The act also limits the amount the Association is obligated to pay out: The Association is not liable to pay in excess of the lesser of (1) the contractual obligations for which the insurer is liable or for which the insurer would have been liable if it were not an impaired or insolvent insurer, or (2) $200,000 in health insurance benefits, increased or decreased annually based upon changes in the health care cost component of the consumer price index. The Association cannot pay more than 80% of what the insurance company would owe under a policy or contract. Also, for any one insured life, the Association will pay a maximum of $250,000 - no matter how many policies and contracts there were with the same company, even if they provided different types of coverages. Within this overall $250,000 limit, the Association will not pay more than $100,000 in cash surrender values, $100,000 in present value of annuities, or $250,000 in life insurance death benefits - again, no matter how many policies and contracts there were with the same company, and no matter how many different types of coverages.

## PREMIUM SURCHARGE

Member insurers are required to recoup assessments paid to the Association by way of a surcharge on premiums charged for insurance policies to which the Act applies.

---

**TRANSPORT LIFE INSURANCE COMPANY**
**714 MAIN STREET**
FORT WORTH, TEXAS 76102

TRANSPORT LIFE INSURANCE COMPANY
714 Main Street, Fort Worth. Texas 76102

## HOME HEALTH CARE RIDER

NOTICE. This Rider is made a part of the Policy to which it is attached. It is effective on the Policy Date or on the Rider Date shown below, whichever is later. This benefit is provided in consideration of the payment of the premium for this Rider. This Rider is subject to all of the Policy definitions, provisions, exceptions and limitations which are not inconsistent with the provisions of this Rider.

### DEFINITIONS

**ADULT DAY CARE CENTER:** A facility which:

1. Is licensed or certified by the state as an adult day care facility; or

2. If licensing is not available in the state in which the facility is located, the facility must:

   (a) Provide or be able to arrange for nursing care under the supervision of an R.N.; provide planned therapeutic, social, and educational activities; maintain written records of services provided to each patient; and have a full-time administrator; and

   (b) Provide or arrange to provide:

      1. Necessary assistance in:

         Bathing (washing yourself, including a sponge bath, with or without extra equipment);

         Dressing (putting on and taking off clothing);

         Feeding (Consuming food that has already been prepared and made available with or without the use of adaptive utensils. 'Feeding' does not mean to prepare and cook food);

         Toileting (doing both of the following: getting on and off the toilet; and maintaining a reasonable level of personal hygiene);

         Transferring (moving from a bed to a wheelchair or other type of conveyance or furniture, and returning to the bed, as needed);

      2. Physical and restorative therapy; and

      3. Nutritional services and counseling.

      4. Constant supervision because a Doctor has determined you have a cognitive impairment which results in such a need. Cognitive impairment means you are unable to think, perceive, reason or remember. Your inability may be because of Alzheimer's disease, Parkinson's disease, or senile dementia.

**HOME HEALTH CARE AGENCY:** An agency or organization: which is appropriately licensed (if such licensing is required in the state where such agency operates) or is state or federally certified to provide home health care supervised by a Doctor or a registered nurse; and which maintains a complete medical record of each patient.

## BENEFITS

The Waiting Period, Maximum Days and Benefit Rebuilder of the Policy apply to this Rider. You may meet the Waiting Period by receiving days of care which would qualify as:

1. Home health care;
2. Adult day care;
3. Homemaker services;
4. Confinement to a Nursing Home or a Hospice; or
5. Any combination of the above.

We will not pay benefits under this Rider for any days of care which, added to the days paid under the Policy, are more than the Maximum Days.

**HOME HEALTH CARE BENEFIT:** We will pay 80% of the actual charges, but not to exceed the Home Health Care Daily Benefit amount. This means that our payment may be less than the actual charge because our payment will not exceed an amount equal to the Home Health Care Daily Benefit amount shown in the Schedule for the following services:

1. Assistance with:
   a. Bathing (washing yourself, including a sponge bath, with or without extra equipment);
   b. Dressing (putting on and taking off clothing);
   c. Feeding (Consuming food that has already been prepared and made available with or without the use of adaptive utensils. 'Feeding' does not mean to prepare and cook food);
   d. Toileting (doing both of the following: getting on and off the toilet; and maintaining a reasonable level of personal hygiene);
   e. Transferring (moving from a bed to a wheelchair or other type of conveyance or furniture, and returning to the bed, as needed); or

   Assistance may be provided by a health worker on the staff of a Home Health Care Agency (other than a Doctor, nurse or professional therapist);

2. Occupational, respiratory, physical and speech therapy;
3. Nursing care services requiring the skills of a graduate registered nurse (R.N.); or
4. Constant supervision because a Doctor has determined you have a cognitive impairment which results in such a need. Cognitive impairment means you are unable to think, perceive, reason or remember. Your inability may be because of Alzheimer's disease, Parkinson's disease, or senile dementia.

Services must be prescribed by a Doctor and performed by a Home Health Care Agency.

We will not pay for services provided by a member of your Family. We will not pay for any other services including shopping, housekeeping or transportation.

hese services must be:

1.  Medically necessary (care that is appropriate to the diagnosis, widely accepted by the practicing peer group based upon scientific criteria, and not experimental or investigative); or

2.  Because you are unable to perform two or more of the following activities:

    a.  Bathing (washing yourself, including a sponge bath, with or without extra equipment);

    b.  Dressing (putting on and taking off clothing);

    c.  Feeding (Consuming food that has already been prepared and made available with or without the use of adaptive utensils. 'Feeding' does not mean to prepare and cook food);

    d.  Toileting (doing both of the following: getting on and off the toilet; and maintaining a reasonable level of personal hygiene);

    e.  Transferring (moving from a bed to a wheelchair or other type of conveyance or furniture, and returning to the bed, as needed); or

3.  Because a Doctor has determined you have a cognitive impairment resulting in a need for constant supervision. Cognitive impairment means you are unable to think, perceive, reason or remember. Your inability may be because of Alzheimer's disease, Parkinson's disease, or senile dementia.

You may receive these services in your residence, another private home, a home for the retired or aged, or a place providing residential care.

**HOMEMAKER BENEFIT:** Subject to the limits stated below, we will pay 80% of the actual charges, but not to exceed the Homemaker Daily Benefit amount. This means that our payment may be less than the actual charge because our payment will not exceed an amount equal to the Homemaker Daily Benefit amount shown in the Schedule for the following services:

1.  Shopping;

2.  Housekeeping;

3.  Transportation;

4.  Laundry; or

5.  Cooking.

We will pay this benefit for one day of services in a week in which you have three days of care for which the Home Health Care Benefit is payable. A week is seven consecutive days and begins at 12:01 a.m. Sunday and ends at midnight, the following Saturday.

Services must be provided by a Home Health Care Agency in your home, another private home, a home for the retired or aged or a place which provides residential care. We will not pay for services provided by your Family.

**ADULT DAY CARE BENEFIT:** We will pay 80% of the actual charges, but not to exceed the Adult Day Care Daily Benefit amount. This means that our payment may be less than the actual charge because our payment will not exceed an amount equal to the Adult Day Care Daily

Benefit amount shown in the Schedule for any of the following services in an Adult Day Care Center:

1. Nursing care;

2. Therapeutic, social and educational activities;

3. Assistance with:

   a. Bathing (washing yourself, including a sponge bath, with or without extra equipment);

   b. Dressing (putting on and taking off clothing);

   c. Feeding (Consuming food that has already been prepared and made available with or without the use of adaptive utensils. 'Feeding' does not mean to prepare and cook food);

   d. Toileting (doing both of the following: getting on and off the toilet; and maintaining a reasonable level of personal hygiene);

   e. Transferring (moving from a bed to a wheelchair or other type of conveyance or furniture, and returning to the bed, as needed);

4. Physical and restorative services;

5. Nutritional services and counseling; or

6. Constant supervision because a Doctor has determined you have a cognitive impairment which results in such a need. Cognitive impairment means you are unable to think, perceive, reason or remember. Your inability may be because of Alzheimer's disease, Parkinson's disease, or senile dementia.

We will not pay for services provided by your Family or for care as a resident bedpatient or 24-hour care.

**RESPITE CARE BENEFIT:** We will pay 80% of the actual charges, but not to exceed the Respite Care Daily Benefit amount. This means that our payment may be less than the actual charge because our payment will not exceed an amount equal to the Respite Care Daily Benefit amount shown in the Schedule for each day of respite care. Respite care is care provided through a Home Health Care Agency, including companion or live-in care, to temporarily relieve an unpaid person who is providing you with care in your home or another private residence.

We will pay for fourteen days of respite care each Rider Year. A Rider Year begins on the Rider Date and ends on the anniversary of the Rider Date. Unused days cannot be carried over into the next Rider Year. A day of respite care is limited to a 24-hour consecutive period during which you receive respite care. Respite care which extends beyond the 24-hour period will be considered another day.

We will not pay for services provided by your Family. You do not have to meet the Waiting Period. This benefit does not count toward the Maximum Days and is not eligible for the Benefit Rebuilder.

Rider Date, if different from the Policy Date: _____

### TRANSPORT LIFE INSURANCE COMPANY

*Elisabeth S. DeLargy*

Secretary

*Garland W. Lassiter*

President