United States District Court
Northern District of California

1

2

3

4

5

6

7

8    # UNITED STATES DISTRICT COURT

9    ## Northern District of California

10   Thompson,                                    07-05437 PJH MED

11            Plaintiff(s),                        **Notice of Appointment of Mediator**

12       v.

13   Conseco Senior Health Insurance

14   Company,

15            Defendant(s).

16   TO COUNSEL OF RECORD:

17        The court notifies the parties and counsel that the Mediator assigned to this case

18   is:

19                         **John Koeppel**
                           Ropers, Majeski, Kohn & Bentley
20                         201 Spear St., Suite 1000
                           San Francisco, CA 94105
21                         415-543-4800

22        Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which

23   governs the Mediation program.  The mediator will schedule a joint phone conference

24   with counsel under ADR L.R. 6-6 and will set the date of the mediation session within

25   the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.

26   The court permits the mediator to charge each party its pro rata share of the cost of the

27   phone conference.

28

**Notice of Appointment of Mediator**
07-05437 PJH MED                    - 1 -

1     Counsel are reminded that the written mediation statements required by the ADR

2   L.R. 6-7 shall NOT be filed with the court.

3

4   Dated: February 14, 2008

5                                           RICHARD W. WIEKING
                                            Clerk
6                                           by:    Alice M. Fiel

7

8   _____
                                            ADR Case Administrator
9                                           415-522-3148
                                            Alice_Fiel@cand.uscourts.gov
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
**Northern District of California**

---

**Notice of Appointment of Mediator**
07-05437 PJH MED                    - 2 -