| | | |
|---|---|---|
| SAN FRANCISCO<br>Los Angeles<br>New York<br>Redwood City<br>San Jose | 201 Spear Street<br>Suite 1000<br>San Francisco, CA 94105<br>Telephone (415) 543-4800<br>Facsimile (415) 972-6301<br>www.ropers.com |  |

John A. Koeppel
(415) 972-6373

jkoeppel@rmkb.com

February 20, 2008

### Via Facsimile and U. S. Mail

John E. Hill, Esq.  
Michael P. Guta, Esq.  
Law Offices of John E. Hill  
8105 Edgewater Drive, Suite 100  
Oakland, CA 94621

Marc J. Wodin, Esq.  
Elana Bitton, Esq.  
Law Offices of Marc J. Wodin  
21600 Oxnard Street, Suite 1110  
Woodland Hills, CA 91367

Re: Pamela Thompson v. Conseco Senior Health Insurance Company
U.S.D.C., Northern District of California, Case No. C 07-054347 PJH

Dear Counsel:

As you know, I have been appointed by the District Court to serve as the mediator in this case under the Court's Mediation program. Please be sure to review carefully ADR L.R. 6 which governs the Mediation program. I have attached a resume describing my professional experience.

Pursuant to ADR L.R. 6-6, I will conduct a telephone conference with all counsel before the formal mediation to discuss the following:

- the procedures to be followed;

- the nature of the case;

- appropriate dates for the mediation and anticipated length of the session;

- the parties who must be present under ADR L.R. 6-9 and the parties who need to be present to have a productive mediation session;

- ideas to improve the effectiveness of the mediation session or matters that could pose impediments;

- requirements for your written mediation statements;

- any questions you might have about how I normally conduct mediations; and

- any questions you might have about the mediation program.

RC1/5070548.1/VS2



John E. Hill, Esq.
Michael P. Guta, Esq.
Marc J. Wodin, Esq.
Elana Bitton, Esq.
Re: Thompson v. Conseco
February 20, 2008                                                                 Page 2

      I anticipate that the telephone conference will last approximately one-half hour. I have set the telephone conference for **Friday, February 29, 2008, at 10:30 a.m.** My calendar precludes me from scheduling this conference any sooner. *Please call my office within 24 hours after receiving this letter to confirm your availability. If you are not available, please let opposing counsel and me know alternative times within a week of this date when you are available.* Before the telephone conference, please ascertain from your clients and any insurers a selection of dates upon which the mediation may be conducted. The final date that the mediation can be held is **May 30, 2008**, based on the current scheduling order.

      My conflicts check revealed no actual or potential conflicts of interest under 28 U.S.C. § 455(a) and (b), and I am not aware of any other circumstances that would compromise my impartiality or the appearance of impartiality.

      I look forward to assisting you on this case.

                                  Sincerely yours,

                                  John A. Koeppel

JAK:vds

cc:    Clerk's Office-ADR Unit

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

RC1/5070548.1/VS2

| SAN FRANCISCO | 201 Spear Street |
|---|---|
| Los Angeles | Suite 1000 |
| New York | San Francisco, CA 94105 |
| Redwood City | Telephone (415) 543-4800 |
| San Jose | Facsimile (415) 972-6301 |
| Boston | www.ropers.com |

R/\KB
ROPERS MAJESKI KOHN BENTLEY
L A W Y E R S

# FACSIMILE TRANSMISSION

DATE:   February 20, 2008

TO:

| NAME | FAX NO. | PHONE NO. |
|---|---|---|
| John E. Hill, Esq./Michael P. Guta, Esq. | (510) 729-6333 | (510) 588-1000 |
| Marc J. Wodin, Esq./Elana Bitton, Esq. | (818) 595-3494 | (818) 595-3490 |

FROM:   John A. Koeppel          PHONE:   (415) 972-6373

RE:     Thompson v. Conseco

SENT BY: Vija D. Strauts         PHONE:   (415) 972-6362

| FILE NUMBER: | USDC 4056F | | |
|---|---|---|---|
| NUMBER OF PAGES, INCLUDING COVER: | 3 | Original(s) Will Follow By Regular Mail | |

MESSAGE:

Letter of today's date follows this fax page.

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

CONFIDENTIALITY NOTICE: This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication may contain confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute a loss of the confidential or privileged nature of the communication. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender by return electronic mail and delete all copies of this communication.

**IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL AS SOON AS POSSIBLE.**

RC1/5072732.1/VS2

```
***************************
*** MULTI TX/RX REPORT  ***
***************************
```

| | |
|---|---|
| TX/RX NO | 1160 |
| PGS. | 3 |
| TX/RX INCOMPLETE | ----- |
| TRANSACTION OK | (1) 915107296333 |
| | (2) 918185953494 |
| ERROR INFORMATION | ----- |

SAN FRANCISCO | 201 Spear Street
Los Angeles | Suite 1000
New York | San Francisco, CA 94105
Redwood City | Telephone (415) 543-4800
San Jose | Facsimile (415) 972-6301
Boston | www.ropers.com

L A W Y E R S
**RMKB**
ROPERS MAJESKI KOHN BENTLEY

# FACSIMILE TRANSMISSION

**DATE:** February 20, 2008

**TO:**

| NAME | FAX NO. | PHONE NO. |
|---|---|---|
| John E. Hill, Esq./Michael P. Guta, Esq. | (510) 729-6333 | (510) 588-1000 |
| Marc J. Wodin, Esq./Elana Bitton, Esq. | (818) 595-3494 | (818) 595-3490 |

**FROM:** John A. Koeppel  **PHONE:** (415) 972-6373

**RE:** Thompson v. Conseco

**SENT BY:** Vija D. Strauts  **PHONE:** (415) 972-6362

| FILE NUMBER: | USDC 4056F | | |
|---|---|---|---|
| NUMBER OF PAGES, INCLUDING COVER: | 3 | Original(s) Will Follow By Regular Mail |

**MESSAGE:**

Letter of today's date follows this fax page.

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or