JOHN E. HILL (Bar No. 45338)
MICHAEL P. GUTA (Bar No. 121509)
LAW OFFICES OF JOHN E. HILL
8105 Edgewater Drive, Suite 100
Oakland, CA 94621
Telephone: (510) 588-1000
Facsimile:  (510) 729-6333

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA THOMPSON, Individually and as Personal Representative of CHARLES THOMPSON, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>CONSECO SENIOR HEALTH INSURANCE COMPANY, a Pennsylvania corporation, DOES I through XX<br><br>Defendant (s). | Case No.  C 07-05437 MEJ<br><br>STATEMENT OF NONOPPOSITION TO MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6)<br><br>Date:    March 19, 2008<br>Time:   10:00 a.m.<br>Place:   Courtroom B |

Plaintiff PAMELA THOMPSON will not oppose Defendant's Motion to Dismiss her claim as an individual on the third claim for violation of Welfare and Institutions Code Section 15600.

Dated: 2/28/08

LAW OFFICES OF JOHN E. HILL
A Professional Corporation

By: Michael P. Guta
Attorneys for Plaintiff

080228 1

1

STATEMENT OF NONOPPOSITION
TO MOTION TO DISMISS

## PROOF OF SERVICE

I, Michael R. Sher, do hereby declare as follows:

I am employed in the City of Oakland and the County of Alameda, California. I am over the age of 18 years and not a party to the within action. My business address is Law Offices of John E. Hill, 8105 Edgewater Drive, Suite 100, Oakland, California 94621.

On _____, 2008, I served the within: STATEMENT OF NONOPPOSITION TO MOTION TO DISMISS, by placing a true copy thereof in a sealed envelope, addressed as follows:

Law Offices of Marc J. Wodin
21600 Oxnard Street, Ste 1110
Woodland Hills, CA 91367
(818) 595-3490
Fax: (818) 595- 3494

__X__ (Electronic Transmission) By causing an electronic delivery authorized under 28 U.S.C. § 1746, Local Rules and General Orders of this Court regarding Electronic Case Filing.

_____ (By Mail) I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Oakland, California.
(By Personal Service) I caused each such envelope to be delivered by hand to the offices of each addressee above.
(Telecopier) I caused each such document to be delivered by telecopier to the offices of each addressee above.
(Federal Express Mail) I caused each such document to be delivered by hand to the offices of each addressee by Federal Express, over night service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 2008, at Oakland, California.

MICHAEL R. SHER

080228 1
2
STATEMENT OF NONOPPOSITION TO MOTION TO DISMISS