UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAMELA THOMPSON,

    Plaintiff,

v.

CONSECO SENIOR HEALTH INSURANCE COMPANY,

    Defendant.
_____/

No. C 07-5437 PJH

**ORDER GRANTING MOTION TO DISMISS**

    Plaintiff having filed a statement of non-opposition to defendant's motion to dismiss Pamela Thompson's claim as an individual on the third cause of action for violation of California Welfare and Institutions Code § 15600, et seq., the court hereby GRANTS the motion.

    The date for the hearing on the motion, previously set for Wednesday, March 19, 2008, is VACATED.

**IT IS SO ORDERED.**

Dated: February 29, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge