1
2
3
4
5
6
7                    **UNITED STATES DISTRICT COURT**
8                      **Northern District Of California**

9  | PAMELA THOMPSON,                      | No. C07-054347 PJH
10 |             Plaintiffs,                | **Certification of ADR Session**
11 |    v.                                  |
12 | CONSECO SENIOR HEALTH                  |
   | INSURANCE COMPANY,                     |
13 |                                        |
   |             Defendant(s).              |
14

15 <u>Instructions</u>: The neutral shall submit this Certification to the ADR unit within 10 days after
16 completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court
17 file.
18 1.    I hereby certify that the parties in this matter held a ☑ Mediation or ☐ ENE
19       session on (date) May 29, 2008
20 2.    Did the case settle?         ☑ fully        ☐ partially     ☐ no
21 3.    If the case did not settle fully, is any follow-up contemplated?
22       ☐ another session scheduled for (date) _____
23       ☐ phone discussions expected by (date) _____
24       ☐ no
25 ///
26 ///
27 ///
28 ///

RC1/5127681.1/VS2

(left margin: Ropers Majeski Kohn & Bentley, A Professional Corporation, San Francisco)

4.  IS THIS ADR PROCESS COMPLETED?   ☒ YES   ☐ NO

Dated: 5/30/2008

*signature: John Koeppel*

**Mediator, John Koeppel**
Ropers, Majeski, Kohn & Bentley
201 Spear Street, Suite 1000
San Francisco, CA 94105