UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAMELA THOMPSON,

        Plaintiff(s),                          No. C 07-5437 PJH

  v.                                 **ORDER OF DISMISSAL**

CONSECO SENIOR HEALTH INS CO,

        Defendant(s).

_____/

An ADR certification having been filed noting the settlement of this matter and counsel for the parties, having advised the court that they agreed to a conditional dismissal, IT IS HEREBY ORDERED that this cause of action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this court, within sixty (60) days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

The parties may substitute a dismissal **with** prejudice simply by submitting a stipulation and order for dismissal with prejudice within sixty (60) days.

SO ORDERED.

Dated: June 5, 2008

                                                        _____
                                                        PHYLLIS J. HAMILTON
                                                       United States District Judge