**LAW OFFICES OF MARC J. WODIN**
Marc J. Wodin, Esq. - SBN 79573
Elana Bitton, Esq. - SBN. 130835
21600 Oxnard Street, Suite 1110
Woodland Hills, California 91367
Telephone (818) 595-3490
Fax (818) 595-3494

Attorneys for Defendant CONSECO SENIOR HEALTH INSURANCE COMPANY

### UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA THOMPSON, Individually and as Personal Representative of CHARLES THOMPSON, Deceased,<br><br>   Plaintiff,<br><br> vs.<br><br>CONSECO SENIOR HEALTH INSURANCE CO., a Pennsylvania corporation, DOES 1 through XX<br>   Defendants. | CASE NO.: C 07-05437 PJH<br>[Sonoma County Superior Court Case No. 241544]<br><br>Assigned to the Honorable Phyllis J. Hamilton<br><br>**NOTICE OF CHANGE OF ADDRESS** |

**TO: THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO THE INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

  Please take notice that effective **July 1, 2008,** the address of the Law Offices of Marc J. Wodin will be:
    Law Offices of Marc J. Wodin
    23901 Calabasas Road, Suite 1076
    Calabasas, CA 91302
    Telephone: (818) 595-3490 - Facsimile: (818) 595-3494

DATED: June 24, 2008    LAW OFFICES OF MARC J. WODIN

             By:  /S/ MARC J. WODIN
                MARC J. WODIN
             Attorneys for Defendant CONSECO
             SENIOR HEALTH INSURANCE COMPANY