1  **LAW OFFICES OF MARC J. WODIN**
2  Marc J. Wodin, Esq. - SBN 79573
   Elana Bitton, Esq. - SBN. 130835
3  23901 Calabasas Road, Suite 1076
   Calabasas, California 91302
4  Telephone (818) 595-3490
   Fax (818) 595-3494
5  marc_wodin@wodinlaw.com

6  Attorneys for Defendant CONSECO SENIOR HEALTH INSURANCE COMPANY

7
                       **UNITED STATES DISTRICT COURT**
8
                   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9

10
    PAMELA THOMPSON, Individually )   CASE NO.: C 07-05437 PJH
11  and as Personal              )    [Sonoma County Superior
    Representative of CHARLES    )    Court Case No. 241544]
12  THOMPSON, Deceased,          )
                                 )
13           Plaintiff,          )    **DEFENDANT'S CERTIFICATION**
                                 )    **THAT PLAINTIFF AND HER**
14      vs.                      )    **ATTORNEYS HAVE NOT DELIVERED**
                                 )    **AGREED UPON CONSIDERATION**
15  CONSECO SENIOR HEALTH        )    **FOR SETTLEMENT; REQUEST TO**
    INSURANCE COMPANY, a         )    **VACATE DISMISSAL AND RESTORE**
16  Pennsylvania corporation,    )    **CASE TO CALENDAR;**
    DOES 1 through XX            )    **DECLARATION OF MARC J. WODIN**
17                               )
                                 )
18           Defendant(s).       )
    _____)    Assigned to the Honorable
19                                    Phyllis J. Hamilton

20

21  **TO: THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF**

22  **CALIFORNIA AND TO THE INTERESTED PARTIES AND THEIR ATTORNEYS OF**

23  **RECORD:**

24      Pursuant to the Order of Dismissal dated June 5, 2008,

25  defendant Conseco Senior Health Insurance Company hereby

26  certifies to this court that plaintiff and her attorneys have not

27  delivered agreed upon consideration for the settlement reached in

28

Law Offices
Marc J. Wodin

1
DEFENDANT'S CERTIFICATION THAT PLAINTIFF AND HER ATTORNEYS HAVE
      NOT DELIVERED AGREED UPON CONSIDERATION, ETC.

1 this case at the time of the mediation on May 29, 2008; to wit,
2 plaintiff, and her attorneys have failed and refused to execute
3 the release and settlement agreement, which has been provided to
4 them, pursuant to the settlement reached at the time of the
5 mediation.
6    Accordingly, pursuant to said order, defendant requests that
7 this court vacate the dismissal entered on June 5, 2008, and
8 restore this matter to the calendar.

10 DATED: August 4, 2008           LAW OFFICES OF MARC J. WODIN

12                                 By   /s/ Marc J. Wodin
                                         MARC J. WODIN
13                                 Attorneys for Defendant CONSECO
                                   SENIOR HEALTH  INSURANCE COMPANY

DEFENDANT'S CERTIFICATION THAT PLAINTIFF AND HER ATTORNEYS HAVE
      NOT DELIVERED AGREED UPON CONSIDERATION, ETC.

DECLARATION OF MARC J. WODIN

I, MARC J. WODIN DECLARE:

    1. The facts set forth herein are personally known to declarant, who has firsthand knowledge of the same, and if called as a witness, said declarant could and would competently testify thereto under oath.

    2. I am an attorney duly admitted to practice before this court, and I am a principal in the Law Offices of Marc J. Wodin, attorneys of record for defendant Conseco Health Insurance Company in the above entitled action.

    3. This matter was mediated on May 29, 2008, before mediator John Koeppel. A settlement was reached. On June 2, 2008, the mediator filed a Certification of ADR Session, certifying that the case settled at the mediation.

    4. One of the terms of consideration stated in the settlement document prepared at the time of the mediation, and signed by all parties and their attorneys, was that defendant would provide a release and settlement agreement, which would be executed by plaintiff and her attorneys.

    5. I thereafter provided such a release and settlement agreement to plaintiff's attorneys. Plaintiff and her attorneys

Law Offices
Marc J. Wodin

3
DEFENDANT'S CERTIFICATION THAT PLAINTIFF AND HER ATTORNEYS HAVE NOT DELIVERED AGREED UPON CONSIDERATION, ETC.

1  have failed and refused to execute the release and settlement
2  agreement.
3
4      6. Wherefore, pursuant to this court's order of June 5,
5  2008, defendant requests that this court vacate the dismissal
6  entered on June 5, 2008, and restore this matter to the calendar.
7
8      I declare under penalty of perjury under the laws of the
9  United States of America that the foregoing is true and correct.
10
11     Executed this 4th day of August, 2008, at Calabasas,
12 California.
13                                    /s/ Marc J. Wodin
                                      MARC J. WODIN
14                                    DECLARANT

Law Offices
Marc J. Wodin

4
DEFENDANT'S CERTIFICATION THAT PLAINTIFF AND HER ATTORNEYS HAVE
NOT DELIVERED AGREED UPON CONSIDERATION, ETC.