**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and not a party to the within entitled action. My business address is 21600 Oxnard Street, Suite 1110, Woodland Hills, California 91367.

    On August 4, 2008 I served the following described as: **DEFENDANT'S CERTIFICATION THAT PLAINTIFF AND HER ATTORNEYS HAVE NOT DELIVERED AGREED UPON CONSIDERATION FOR SETTLEMENT; REQUEST TO VACATE DISMISSAL AND RESTORE CASE TO CALENDAR; DECLARATION OF MARC J. WODIN,** on the interested parties in this action by electronically filing a true copy thereof with the United Stated District Court - Northern District of California pursuant to the CM/ECF procedures in the U.S. District Court-Northern District Local Rules and FRCP 5(b)(2)(D):

    [**X**]  **(BY AUTOMATIC SERVICE)** The Notice of Electronic Filing will be generated by CM/ECF and electronically mailed to the offices of the consenting addressee as follows:

John E. Hill  
Michael P. Guta  
Law Offices of John E. Hill  
8105 Edgewater Drive, Suite 100  
Oakland, CA 94621  

Telephone: (510) 588-1000  
Facsimile: (510) 729-6333  

**Attys for Plaintiff**

    /s/ ANN MARIE LUNA  
ANN MARIE LUNA (original signature retained by attorney Marc J. Wodin)