**United States District Court**
For the Northern District of California

1
2
3
4
5
6                          UNITED STATES DISTRICT COURT
7                         NORTHERN DISTRICT OF CALIFORNIA
8
9
10
11   PAMELA THOMPSON,
12            Plaintiff,                        No. C 07-5437 PJH
13       v.                                     **ORDER VACATING DISMISSAL AND
                                                SETTING CASE MANAGEMENT
14   CONSECO SENIOR HEALTH                      CONFERENCE**
     INSURANCE COMPANY,
15
              Defendant.
16   _____/
17          Pursuant to the order of dismissal entered June 5, 2008, in the above-entitled action,
18   the dismissal is hereby VACATED, and the matter is restored to the court's calendar.  The
19   court will conduct a case management conference on Thursday, September 4, 2008, at
20   2:30 p.m.
21
22   **IT IS SO ORDERED.**
23   Dated:  August 11, 2008
24                                              _____
                                                PHYLLIS J. HAMILTON
25                                              United States District Judge
26
27
28