1  JOHN E. HILL (Bar No. 45338)
   MICHAEL P. GUTA (Bar No. 121509)
2  LAW OFFICES OF JOHN E. HILL
   8105 Edgewater Drive, Suite 100
3  Oakland, CA 94621
   Telephone: (510) 588-1000
4  Facsimile:  (510) 729-6333

5  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PAMELA THOMPSON, Individually and as Personal Representative of CHARLES THOMPSON, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>CONSECO SENIOR HEALTH INSURANCE COMPANY, a Pennsylvania corporation, DOES I through XX<br><br>Defendant(s). | Case No.  C 07-05437 MEJ<br><br>[PROPOSED] ORDER<br><br>Date:   October 1, 2008<br>Time:   10:00 a.m.<br>Place:  Courtroom B |
|---|---|

Plaintiff's Motion to Enforce Settlement came on regularly to be heard on October 1, 2008 before the Hon. Phyllis Hamilton. Michael P. Guta, Esq. appeared for moving party, and Marc Wodin, Esq. appeared for opposing party.

//

080814 1                                         1                                    [PROPOSED] ORDER

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that Plaintiff's motion be and is granted. Sanctions are awarded in the amount of $1,750.00.

Dated: _____

UNITED STATES DISTRICT JUDGE