**EXHIBIT 7**

# LAW OFFICES OF JOHN E. HILL

*A PROFESSIONAL CORPORATION*

John E. Hill *
Daniel A. Stenson
Michael P. Guta
Ian M. Cooper
Mark J. Shostak
Inna Bimits
Joanne A. Helvig

Of Counsel
Melvin M. Belli (1907-1996)

*Certified Specialist: Civil Trial Advocate
Certified by National Board of Trial Advocacy
Accredited by State Bar of California

**ATTORNEYS AT LAW**

8105 Edgewater Drive, Suite 100
Oakland, California 94621-2017

Telephone (510) 588-1000
General Facsimile (510) 729-6333
E-mail: johnhill@hill-law-offices.com

San Francisco Office
747 Leavenworth Street
San Francisco, California 94109
Telephone (415) 398-2434
Facsimile (415) 392-2809

Los Angeles Office
1112 11th Street, Suite 3
Santa Monica, California 90403
Telephone: 310-260-2100

June 20, 2008

**TRANSMITTED BY FACSIMILE**

Marc Wodin, Esq.
21600 Oxnard Street, Ste 1110
Woodland Hills, CA 91367

  Re: *Thompson v. Conseco*

Dear Mr. Wodin:

  I am extremely concerned about the proposed Release that you have now sent to us and which we received June 19, 2008. This action was settled on May 29, 2008. At that time, you assured me that Plaintiff would receive her check within two weeks. Now, notwithstanding the elapsed time, you sent a settlement agreement which contains venue in Indiana and a unilateral penalty provision for breach of the confidentiality provision of the agreement. If I do not have at this office a release that is consistent with the terms of the settlement we reached May 29, 2008 by the close of business June 23, I will move the Court to enforce the settlement agreement entered May 29, 2008.

            Very truly yours,

            Michael P. Guta

MPG/m

080620 3

**EXHIBIT 8**

LAW OFFICES OF
# MARC J. WODIN
21600 OXNARD STREET, SUITE 1110
WOODLAND HILLS, CALIFORNIA 91367

MARC J. WODIN

ELANA BITTON

TELEPHONE (818) 595-3490
FACSIMILE (818) 595-3494

via fax
June 20, 2008

Michael P. Guta
Law Offices of John E. Hill
8105 Edgewater Drive, Suite 100
Oakland, CA 94621

Re:   Pamela Thompson v. Conseco Senior Health Insurance Company

Dear Mr. Guta:

This is in response to your letter of this date.

First, there has been no unreasonable delay, on our part, in providing you with the release and dismissal. The settlement conference took place on May 29, 2008. At that time, you were advised you that it was anticipated that we could provide the settlement check within a few weeks of the execution of the release and dismissal. Thereafter, both my associate and I attempted to reach you, by telephone, on several occasions, to determine how you wanted the settlement check was to be made out - something which was to be placed in the release, and therefore needed to be known, before we finalized the release. We were unable to reach you, which held up the preparation of the release. When we finally received the information, by message from your secretary, we promptly completed preparation of the release, and sent it to you on June 16.

Second, the document which was prepared at the time of the settlement conference was cursory. You were advised, at that time, that we would be providing you with a detailed and comprehensive release, which we have done. If there are provisions of the release which you wish to have changed, as seems to be the case, then please call me, and I will be happy to discuss them with you. You mention some things in your letter. However, I cannot tell whether those are the only things you have a question about, and it makes no sense to do this on a piecemeal basis.

Very truly yours,

LAW OFFICES OF MARC J. WODIN

MARC J. WODIN

LAW OFFICES OF
## MARC J. WODIN
21600 OXNARD STREET, SUITE 1110
WOODLAND HILLS, CALIFORNIA 91367

MARC J. WODIN

ELANA BITTON

TELEPHONE (818) 595-3490
FACSIMILE (818) 595-3494

### TELECOPIER TRANSMITTAL SHEET

DATE:    June 20, 2008

TO:      Law Offices of John E. Hill    FAX #: (510) 729-6333
         **Attention: Michael P. Guta**

FROM:    Marc J. Wodin, Esq.    FAX #: (818) 595-3494

RE:      Thompson v Conseco Senior Health Insurance Company

NUMBER OF PAGES, INCLUDING THIS TRANSMITTAL PAGE:  __2__

__X__   FOR YOUR INFORMATION

____    PER YOUR REQUEST

____    PER OUR DISCUSSION

____    PLEASE READ AND COMMENT AS SOON AS POSSIBLE

____    PLEASE SIGN AND RETURN

____    PLEASE TELEPHONE ME

ADDITIONAL COMMENTS:
ltr: re Release

*IF YOU HAVE ANY DIFFICULTY RECEIVING THIS TRANSMISSION,
PLEASE CALL (818) 595-3490.*

***************************
CONFIDENTIALITY NOTICE
***************************

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual named above. If the reader of this message is not the intended recipient, or the employer or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copy of this facsimile is STRICTLY PROHIBITED. If you have received this facsimile in error, please notify us by calling the sender and return the original message to us at the address shown above via United States Postal Service.

```
************ -COMM. JOURNAL- ************  DATE JUN-20-2008 *****  TIME 13:10 *********

        MODE = MEMORY TRANSMISSION           START=JUN-20 13:10    END=JUN-20 13:10

        FILE NO.=281

STN NO.   COMM.   ABBR NO.   STATION NAME/TEL NO.   PAGES    DURATION

 001       OK       s         15107296333          002/002  00:00:26


                                                     -LAW OFFICE  MARC J WODIN -

************************************* -MARC J WODIN  - ****** -    8185953494- *********
```

LAW OFFICES OF
## MARC J. WODIN
21600 OXNARD STREET, SUITE 1110
WOODLAND HILLS, CALIFORNIA 91367

MARC J. WODIN

ELANA BITTON

TELEPHONE (818) 595-3490
FACSIMILE (818) 595-3494

## TELECOPIER TRANSMITTAL SHEET

DATE:   June 20, 2008

TO:     Law Offices of John E. Hill       FAX #: (510) 729-6333
        Attention: Michael P. Guta

FROM:   Marc J. Wodin, Esq.    FAX #: (818) 595-3494

RE:     Thompson v Conseco Senior Health Insurance Company

NUMBER OF PAGES, INCLUDING THIS TRANSMITTAL PAGE: __2__

__X__  FOR YOUR INFORMATION

_____  PER YOUR REQUEST

_____  PER OUR DISCUSSION

_____  PLEASE READ AND COMMENT AS SOON AS POSSIBLE

_____  PLEASE SIGN AND RETURN

_____  PLEASE TELEPHONE ME

ADDITIONAL COMMENTS:
ltr: re Release

*IF YOU HAVE ANY DIFFICULTY RECEIVING THIS TRANSMISSION,
PLEASE CALL (818) 595-3490.*

**CONFIDENTIALITY NOTICE**

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual named above. If the reader of this message is not the intended recipient, or the employer or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copy of this facsimile is STRICTLY PROHIBITED. If you have received this facsimile in error, please notify us by calling the sender and return the original message to us at the address shown above via United States Postal Service.

**EXHIBIT 9**

LAW OFFICES OF
# MARC J. WODIN
23901 CALABASAS ROAD, SUITE 1076
CALABASAS, CALIFORNIA 91302

MARC J. WODIN

ELANA BITTON

TELEPHONE (818) 595-3490
FACSIMILE (818) 595-3494

via fax
June 26, 2008

Michael P. Guta
Law Offices of John E. Hill
8105 Edgewater Drive, Suite 100
Oakland, CA 94621

Re: Pamela Thompson v. Conseco Senior Health Insurance Company

Dear Mr. Guta:

I have not heard back from you in response to my letter of June 20. We need to resolve matters related to the release language.

Very truly yours,

LAW OFFICES OF MARC J. WODIN

MARC J. WODIN

LAW OFFICES OF
# MARC J. WODIN
21600 OXNARD STREET, SUITE 1110
WOODLAND HILLS, CALIFORNIA 91367

MARC J. WODIN

ELANA BITTON

TELEPHONE (818) 595-3490
FACSIMILE (818) 595-3494

## TELECOPIER TRANSMITTAL SHEET

DATE:   June 27, 2008

TO:   Law Offices of John E. Hill   FAX #: (510) 729-6333
      **Attention: Michael P. Guta**

FROM:   Marc J. Wodin, Esq.   FAX #: (818) 595-3494

RE:   Thompson v Conseco Senior Health Insurance Company

NUMBER OF PAGES, INCLUDING THIS TRANSMITTAL PAGE: __2__

__X__   FOR YOUR INFORMATION

____   PER YOUR REQUEST

____   PER OUR DISCUSSION

____   PLEASE READ AND COMMENT AS SOON AS POSSIBLE

____   PLEASE SIGN AND RETURN

____   PLEASE TELEPHONE ME

ADDITIONAL COMMENTS:
ltr re: release language

*IF YOU HAVE ANY DIFFICULTY RECEIVING THIS TRANSMISSION,
PLEASE CALL (818) 595-3490.*

****************************
CONFIDENTIALITY NOTICE
****************************

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual named above. If the reader of this message is not the intended recipient, or the employer or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copy of this facsimile is STRICTLY PROHIBITED. If you have received this facsimile in error, please notify us by calling the sender and return the original message to us at the address shown above via United States Postal Service.

```
******** -COMM. JOURNAL- ******************* DATE JUN-27-2008 ***** TIME 08:55 *********

              MODE = MEMORY TRANSMISSION         START=JUN-27 08:47      END=JUN-27 08:55

              FILE NO.=297

STN NO.    COMM.    ABBR NO.    STATION NAME/TEL NO.    PAGES    DURATION
 001        OK        8           15107296333          002/002   00:00:21


                                                          -LAW OFFICE  MARC J WODIN -

****************************** -MARC J WODIN   - ***** -    8185953494- *********
```

## LAW OFFICES OF
## MARC J. WODIN
21800 OXNARD STREET, SUITE 1110
WOODLAND HILLS, CALIFORNIA 91367

MARC J. WODIN

ELANA BITTON

TELEPHONE (818) 595-3490
FACSIMILE (818) 595-3494

### TELECOPIER TRANSMITTAL SHEET

DATE:   June 27, 2008

TO:     Law Offices of John E. Hill        FAX #: (510) 729-6333
        Attention: Michael P. Guta

FROM:   Marc J. Wodin, Esq.                FAX #: (818) 595-3494

RE:     Thompson v Conseco Senior Health Insurance Company

NUMBER OF PAGES, INCLUDING THIS TRANSMITTAL PAGE: __2__

__X__  FOR YOUR INFORMATION

_____  PER YOUR REQUEST

_____  PER OUR DISCUSSION

_____  PLEASE READ AND COMMENT AS SOON AS POSSIBLE

_____  PLEASE SIGN AND RETURN

_____  PLEASE TELEPHONE ME

ADDITIONAL COMMENTS:
ltr re: release language

*IF YOU HAVE ANY DIFFICULTY RECEIVING THIS TRANSMISSION,*
*PLEASE CALL (818) 595-3490.*

**CONFIDENTIALITY NOTICE**

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual named above. If the reader of this message is not the intended recipient, or the employer or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copy of this facsimile is STRICTLY PROHIBITED. If you have received this facsimile in error, please notify us by calling the sender and return the original message to us at the address shown above via United States Postal Service.

# EXHIBIT 10

# EXHIBIT 10

LAW OFFICES OF
## MARC J. WODIN
21600 OXNARD STREET, SUITE 1110
WOODLAND HILLS, CALIFORNIA 91367

MARC J. WODIN

ELANA BITTON

TELEPHONE (818) 595-3490
FACSIMILE (818) 595-3494

via fax
July 3, 2008

Michael P. Guta
Law Offices of John E. Hill
8105 Edgewater Drive, Suite 100
Oakland, CA 94621

Re:   Pamela Thompson v. Conseco Senior Health Insurance Company

Dear Mr. Guta:

I have now written two letters to you concerning resolving issues related to the release, to which I have received no response. I have the settlement check. Again, please contact me so that we can resolve these issues.

Very truly yours,

LAW OFFICES OF MARC J. WODIN

MARC J. WODIN

LAW OFFICES OF
# MARC J. WODIN
21600 OXNARD STREET, SUITE 1110
WOODLAND HILLS, CALIFORNIA 91367

MARC J. WODIN

ELANA BITTON

TELEPHONE (818) 595-3490
FACSIMILE (818) 595-3494

## TELECOPIER TRANSMITTAL SHEET

DATE:  July 3, 2008

TO:  Law Offices of John E. Hill        FAX #: (510) 729-6333
     **Attention: Michael P. Guta**

FROM:  Marc J. Wodin, Esq.              FAX #: (818) 595-3494

RE:  Thompson v Conseco Senior Health Insurance Company

NUMBER OF PAGES, INCLUDING THIS TRANSMITTAL PAGE: __2__

__X__  FOR YOUR INFORMATION

____   PER YOUR REQUEST

____   PER OUR DISCUSSION

____   PLEASE READ AND COMMENT AS SOON AS POSSIBLE

____   PLEASE SIGN AND RETURN

____   PLEASE TELEPHONE ME

ADDITIONAL COMMENTS:
letter re: release

*IF YOU HAVE ANY DIFFICULTY RECEIVING THIS TRANSMISSION,
PLEASE CALL (818) 595-3490.*

***************************
CONFIDENTIALITY NOTICE
***************************

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual named above. If the reader of this message is not the intended recipient, or the employer or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copy of this facsimile is STRICTLY PROHIBITED. If you have received this facsimile in error, please notify us by calling the sender and return the original message to us at the address shown above via United States Postal Service.

```
********** -COMM. JOURNAL- ********************* DATE JUL-03-2008 ***** TIME 14:40 **********

        MODE = MEMORY TRANSMISSION        START=JUL-03 14:40    END=JUL-03 14:40

        FILE NO.=316

STN NO.   COMM.   ABBR NO.    STATION NAME/TEL NO.    PAGES    DURATION
001       OK      #           15107296333             002/002  00:00:21
```

-LAW OFFICE  MARC J WODIN -

******************************** -MARC J WODIN  - ***** -    8185953494- **********

LAW OFFICES OF
## MARC J. WODIN
21600 OXNARD STREET, SUITE 1110
WOODLAND HILLS, CALIFORNIA 91367

MARC J. WODIN

ELANA BITTON

TELEPHONE (818) 595-3490
FACSIMILE (818) 595-3494

### TELECOPIER TRANSMITTAL SHEET

DATE:   July 3, 2008

TO:     Law Offices of John E. Hill          FAX #: (510) 729-6333
        **Attention: Michael P. Guta**

FROM:   Marc J. Wodin, Esq.                  FAX #: (818) 595-3494

RE:     Thompson v Conseco Senior Health Insurance Company

NUMBER OF PAGES, INCLUDING THIS TRANSMITTAL PAGE:  2

_X_  FOR YOUR INFORMATION
___  PER YOUR REQUEST
___  PER OUR DISCUSSION
___  PLEASE READ AND COMMENT AS SOON AS POSSIBLE
___  PLEASE SIGN AND RETURN
___  PLEASE TELEPHONE ME

ADDITIONAL COMMENTS:
letter re: release

*IF YOU HAVE ANY DIFFICULTY RECEIVING THIS TRANSMISSION,
PLEASE CALL (818) 595-3490.*

**CONFIDENTIALITY NOTICE**

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual named above. If the reader of this message is not the intended recipient, or the employer or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copy of this facsimile is STRICTLY PROHIBITED. If you have received this facsimile in error, please notify us by calling the sender and return the original message to us at the address shown above via United States Postal Service.