**LAW OFFICES OF MARC J. WODIN**
Marc J. Wodin, Esq. - SBN 79573
Elana Bitton, Esq. - SBN. 130835
23901 Calabasas Road, Suite 1076
Calabasas, California 91302
Telephone (818) 595-3490
Fax (818) 225-7497
e-mail marc_wodin@wodinlaw.com

Attorneys for Defendant CONSECO SENIOR HEALTH INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAMELA THOMPSON, Individually and as Personal Representative of CHARLES THOMPSON, Deceased,<br><br>    Plaintiff,<br><br>vs.<br><br>CONSECO SENIOR HEALTH INSURANCE COMPANY, a Pennsylvania corporation, DOES 1 through XX<br><br>    Defendant(s). | CASE NO.: C 07-05437 PJH<br><br>[Sonoma County Superior Court Case No. 241544]<br><br>**[PROPOSED] ORDER RE DEFENDANT'S MOTION FOR AN ORDER COMPELLING MEET AND CONFER AND/OR ENFORCING SETTLEMENT ETC.**<br><br>**DATE: October 29, 2008**<br>**TIME: 9:00 a.m.**<br>**CTRM: 3**<br><br>Assigned to the Honorable Phyllis J. Hamilton |

The motion of Defendant CONSECO SENIOR HEALTH INSURANCE COMPANY for an order:

1. compelling plaintiff's attorney to meet and confer with defendant's attorney, to resolve differences which have arisen with respect to the language of the Release and Settlement Agreement, which was provided to plaintiff's attorney, by defendant's attorney, pursuant to the memorandum of settlement

Law Offices
Marc J. Wodin

1
[PROPOSED] ORDER RE DEFENDANT'S MOTION FOR AN ORDER COMPELLING MEET AND CONFER AND/OR ENFORCING SETTLEMENT ETC.

1  prepared at the time of the mediation of this matter on May 29,
2  2008 and/or;
3      2. enforcing the settlement entered into by the parties in
4  this action, including but not limited to, ordering plaintiff and
5  her attorney to execute the Release and Settlement Agreement
6  provided to plaintiff's attorney, by defendant's attorney,
7  pursuant to the memorandum of settlement prepared at the time of
8  the mediation of this matter on May 29, 2008, with such
9  modifications, if any, as the court deems appropriate, and/or;
10     3. enforcing the settlement entered into by the parties in
11 this action, including but not limited to, entering judgment on
12 the terms of the Release and Settlement Agreement provided to
13 plaintiff's attorney by defendant's attorney, pursuant to the
14 memorandum of settlement prepared at the time of the mediation of
15 this matter on May 29, 2008, with such modifications, if any, as
16 the court deems appropriate, and/or;
17     4. that plaintiff and/or her attorney pay sanctions of
18 $4,800, or such amount as the court deems appropriate, pursuant
19 to 28 U.S.C. §1927 and/or the authority of the court to award
20 sanctions on a motion to enforce a settlement.
21     came on for hearing before the Court, on October 29, 2008,
22 at 9:00 a.m. in Courtroom 3, 17th Floor, of the above entitled
23 court, the Honorable Phyllis J. Hamilton, District Judge
24 Presiding.  The Law Offices of Marc J. Wodin appeared as
25 attorneys for moving parties, and The Law Offices of John E. Hill
26 appeared as attorneys for plaintiff.
27     After considering the moving, opposition, and reply papers,
28

Law Offices
Marc J. Wodin

[PROPOSED] ORDER RE DEFENDANT'S MOTION FOR AN ORDER COMPELLING
MEET AND CONFER AND/OR ENFORCING SETTLEMENT ETC.

1   arguments of counsel and all matters presented to the Court,
2         IT IS HEREBY ORDERED THAT THE MOTION IS GRANTED.
3         1. Plaintiff's attorney is hereby ordered to meet and confer
4   with defendant's attorney, to resolve differences which have
5   arisen with respect to the language of the Release and Settlement
6   Agreement, which was provided to plaintiff's attorney, by
7   defendant's attorney, pursuant to the memorandum of settlement
8   prepared at the time of the mediation of this matter on May 29,
9   2008.
10
11        [Alternate Order]
12        2. The Court hereby orders that plaintiff and her attorney
13  forthwith execute the Release and Settlement Agreement provided
14  to plaintiff's attorney, by defendant's attorney, pursuant to the
15  memorandum of settlement prepared at the time of the mediation of
16  this matter on May 29, 2008, with the following modifications:
17
18
19
20
21
22
23        [Alternate Order]
24        3.  The Court hereby orders that judgment be entered on the
25  terms of the Release and Settlement Agreement provided to
26  plaintiff's attorney by defendant's attorney, pursuant to the
27  memorandum of settlement prepared at the time of the mediation of
28

Law Offices
Marc J. Wodin

3
[PROPOSED] ORDER RE DEFENDANT'S MOTION FOR AN ORDER COMPELLING
MEET AND CONFER AND/OR ENFORCING SETTLEMENT ETC.

1  this matter on May 29, 2008, with the following modifications:

7   Plaintiff and/or her attorney are hereby ordered to pay
8  sanctions of $4,800 pursuant to 28 U.S.C. §1927 and/or the
9  authority of the court to award sanctions on a motion to enforce
10 a settlement.

12 DATED:

```
                    _____
                    THE HONORABLE PHYLLIS J. HAMILTON
                         JUDGE OF THE UNITED STATES
                              DISTRICT COURT
```

Law Offices
Marc J. Wodin

4
[PROPOSED] ORDER RE DEFENDANT'S MOTION FOR AN ORDER COMPELLING
MEET AND CONFER AND/OR ENFORCING SETTLEMENT ETC.