**LAW OFFICES OF MARC J. WODIN**
Marc J. Wodin, Esq. - SBN 79573
Elana Bitton, Esq. - SBN. 130835
23901 Calabasas Road, Suite 1076
Calabasas, California 91302
Telephone (818) 595-3490
Fax (818) 225-7497
e-mail marc_wodin@wodinlaw.com

Attorneys for Defendant CONSECO SENIOR HEALTH INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAMELA THOMPSON, Individually and as Personal Representative of CHARLES THOMPSON, Deceased,<br><br>          Plaintiff,<br><br>     vs.<br><br>CONSECO SENIOR HEALTH INSURANCE COMPANY, a Pennsylvania corporation, DOES 1 through XX<br><br>          Defendant(s). | CASE NO.: C 07-05437 PJH<br>[Sonoma County Superior Court Case No. 241544]<br><br>PROOF OF SERVICE RE:<br>**DEFENDANT'S NOTICE OF MOTION AND MOTION FOR AN ORDER COMPELLING MEET AND CONFER AND/OR ENFORCING SETTLEMENT ETC; DECLARATION OF MARC J. WODIN RE DEFENDANT'S MOTION FOR AN ORDER COMPELLING MEET AND CONFER AND/OR ENFORCING SETTLEMENT ETC; [PROPOSED] ORDER**<br><br>Assigned to the Honorable Phyllis J. Hamilton |

**TO: THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO THE INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Attached hereto is a true and correct proof of service re: **DEFENDANT'S NOTICE OF MOTION AND MOTION FOR AN ORDER COMPELLING MEET AND CONFER AND/OR ENFORCING SETTLEMENT ETC; DECLARATION OF MARC J. WODIN RE DEFENDANT'S MOTION FOR AN ORDER COMPELLING MEET**

PROOF OF SERVICE RE: DEFENDANT'S MOTION FOR AN ORDER COMPELLING MEET AND CONFER/ENFORCING SETTLEMENT, ETC.

1  **AND CONFER AND/OR ENFORCING SETTLEMENT ETC; [PROPOSED] ORDER**

3  DATED: September 2, 2008          LAW OFFICES OF MARC J. WODIN

```
                                    By    /s/ Marc J. Wodin
                                          MARC J. WODIN
                                    Attorneys for Defendant CONSECO
                                    SENIOR HEALTH  INSURANCE COMPANY
```

Law Offices
Marc J. Wodin

PROOF OF SERVICE RE: DEFENDANT'S MOTION FOR AN ORDER COMPELLING
MEET AND CONFER/ENFORCING SETTLEMENT, ETC.