**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and not a party to the within entitled action.  My business address is 21600 Oxnard Street, Suite 1110, Woodland Hills, California 91367.

    On September 2, 2008 I served the following described as: **NOTICE OF MOTION AND MOTION FOR AN ORDER COMPELLING MEET AND CONFER AND/OR ENFORCING SETTLEMENT; REQUEST FOR SANCTIONS, EVIDENCE IN SUPPORT OF MOTION; DECLARATION OF MARC J. WODIN; [PROPOSED] ORDER RE DEENDANT'S MOTION FOR AN ORDER COMPELLING MEET AND CONFER AND/OR ENFORCING SETTLEMENT,** on the interested parties in this action by electronically filing a true copy thereof with the United Stated District Court - Northern District of California pursuant to the CM/ECF procedures in the U.S. District Court-Northern District Local Rules and FRCP 5(b)(2)(D):

    [**X**]   **(BY AUTOMATIC SERVICE)** The Notice of Electronic Filing will be generated by CM/ECF and electronically mailed to the offices of the consenting addressee as follows:

John E. Hill
Michael P. Guta
Law Offices of John E. Hill
8105 Edgewater Drive, Suite 100
Oakland, CA 94621

Telephone: (510) 588-1000
Facsimile: (510) 729-6333

**Attys for Plaintiff**

                                          /s/ ANN MARIE LUNA
                                       ANN MARIE LUNA (original signature retained by attorney Marc J. Wodin)