**LAW OFFICES OF MARC J. WODIN**
Marc J. Wodin, Esq. - SBN 79573
Elana Bitton, Esq. - SBN. 130835
23901 Calabasas Road, Suite 1076
Calabasas, California 91302
Telephone (818) 595-3490
Fax (818) 225-7497
e-mail marc_wodin@wodinlaw.com

Attorneys for Defendant CONSECO SENIOR HEALTH INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAMELA THOMPSON, Individually and as Personal Representative of CHARLES THOMPSON, Deceased,<br><br>          Plaintiff,<br><br>     vs.<br><br>CONSECO SENIOR HEALTH INSURANCE COMPANY, a Pennsylvania corporation, DOES 1 through XX<br><br>          Defendant(s). | CASE NO.: C 07-05437 PJH<br>[Sonoma County Superior Court Case No. 241544]<br><br>**[PROPOSED] ORDER RE DEFENDANT'S MOTION FOR AN ORDER PURSUANT TO LOCAL RULE 6-1 AND 6-3**<br><br>Assigned to the Honorable Phyllis J. Hamilton |

The motion of Defendant CONSECO SENIOR HEALTH INSURANCE COMPANY for an order:

   1. changing the hearing date on defendant's motion for an order compelling meet and confer/enforcing settlement and for sanctions, so that it will be heard on October 1, 2008, the date of plaintiff's motion to enforce the settlement, or;

   2. changing the hearing date on plaintiff's motion to enforce settlement, to October 29, 2008, the date currently set

1  for hearing on defendant's motion, or;
2      3. setting both motions for hearing, together, on such other
3  date as the court deems appropriate, and;
4      4. setting a briefing schedule for the motions, if
5  appropriate.
6      came on for consideration before the Court, in Courtroom 3,
7  17th Floor, of the above entitled court, the Honorable Phyllis J.
8  Hamilton, District Judge Presiding.
9      After considering all matters presented to the Court, and
10 good cause being shown,
11     IT IS HEREBY ORDERED THAT THE MOTION IS GRANTED.
12     1. The hearing date on defendant's motion for an order
13 compelling meet and confer/enforcing settlement and for
14 sanctions, is changed so that it will be heard on October 1,
15 2008, the date of plaintiff's motion to enforce the settlement,
16 and the Court sets the following briefing schedule thereon:

20     [Alternate Order]
21     2. The hearing date on plaintiff's motion to enforce
22 settlement is changed to October 29, 2008, the date currently set
23 for hearing on defendant's motion and the Court sets the
24 following briefing schedule thereon:

1     [Alternate Order]

2     3. The hearing date on both motions are changed so that they
3 will both be heard on _____, and the Court sets
4 the following briefing schedule thereon:

5

6

7

8 DATED:

9                            _____
                           THE HONORABLE PHYLLIS J. HAMILTON
10                            JUDGE OF THE UNITED STATES
                                DISTRICT COURT

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Law Offices
Marc J. Wodin

3

[PROPOSED] ORDER RE DEFENDANT'S MOTION FOR AN ORDER CHANGING TIME FOR HEARING MOTIONS