1 **LAW OFFICES OF MARC J. WODIN**
Marc J. Wodin, Esq. - SBN 79573
2 Elana Bitton, Esq. - SBN. 130835
23901 Calabasas Road, Suite 1076
3 Calabasas, California 91302
Telephone (818) 595-3490
4 Fax (818) 225-7497
e-mail marc_wodin@wodinlaw.com

6 Attorneys for Defendant CONSECO SENIOR HEALTH INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAMELA THOMPSON, Individually and as Personal Representative of CHARLES THOMPSON, Deceased,<br><br>    Plaintiff,<br><br>    vs.<br><br>CONSECO SENIOR HEALTH INSURANCE COMPANY, a Pennsylvania corporation, DOES 1 through XX<br><br>    Defendant(s). | CASE NO.: C 07-05437 PJH<br>[Sonoma County Superior Court Case No. 241544]<br><br>PROOF OF SERVICE RE:<br>**DEFENDANT'S MOTION FOR AN ORDER PURSUANT TO LOCAL RULE 6-1 AND 6-3 ETC.;**<br>**DECLARATION OF MARC J. WODIN RE DEFENDANT'S MOTION FOR AN ORDER CHANGING TIME PURSUANT TO LOCAL RULES 6-1 AND 6-3;**<br>**[PROPOSED] ORDER**<br><br>Assigned to the Honorable Phyllis J. Hamilton |

**TO: THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO THE INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

     Attached hereto is a true and correct proof of service re: DEFENDANT'S MOTION FOR AN ORDER PURSUANT TO LOCAL RULE 6-1 AND 6-3 ETC.; DECLARATION OF MARC J. WODIN RE DEFENDANT'S MOTION FOR AN ORDER CHANGING TIME PURSUANT TO LOCAL RULES 6-1 AND 6-3;

Law Offices
Marc J. Wodin

1
PROOF OF SERVICE RE: DEFENDANT'S MOTION CHANGING TIME FOR HEARING MOTIONS

1  [PROPOSED] ORDER

2  DATED: September 2, 2008         LAW OFFICES OF MARC J. WODIN

3

4                                   By    /s/ Marc J. Wodin
                                            MARC J. WODIN
                                   Attorneys for Defendant CONSECO
5                                  SENIOR HEALTH   INSURANCE COMPANY

PROOF OF SERVICE RE: DEFENDANT'S MOTION CHANGING TIME FOR HEARING MOTIONS