1 **PROOF OF SERVICE**

2 STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3  I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and not a party to the within entitled action. My business address is 21600 Oxnard Street, Suite 1110, Woodland Hills, California 91367.

 On September 2, 2008 I served the following described as: **DEFENDANT'S MOTION FOR AN ORDER PURSUANT TO LOCAL RULE 6-1 AND 6-3 ETC.; DECLARATION OF MARC J. WODIN RE DEFENDANT'S MOTION FOR AN ORDER CHANGING TIME PURSUANT TO LOCAL RULES 6-1 AND 6-3; [PROPOSED] ORDER,** on the interested parties in this action by electronically filing a true copy thereof with the United Stated District Court - Northern District of California pursuant to the CM/ECF procedures in the U.S. District Court-Northern District Local Rules and FRCP 5(b)(2)(D):

 [**X**]  **(BY AUTOMATIC SERVICE)** The Notice of Electronic Filing will be generated by CM/ECF and electronically mailed to the offices of the consenting addressee as follows:

John E. Hill
Michael P. Guta
Law Offices of John E. Hill
8105 Edgewater Drive, Suite 100
Oakland, CA 94621

Telephone: (510) 588-1000
Facsimile: (510) 729-6333

**Attys for Plaintiff**

 /s/ ANN MARIE LUNA
ANN MARIE LUNA (original signature retained by attorney Marc J. Wodin)