**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

Date: September 4, 2008                                                JUDGE: Phyllis J. Hamilton

Case No: C-07-5437 PJH

Case Name: Pamela Thompson v. Conseco Senior Health Insurance Company

Attorney(s) for Plaintiff:      Michael Guta
Attorney(s) for Defendant:  Mark Wodin

**Deputy Clerk**: Nichole Heuerman                    **Court Reporter**: Not Reported

**PROCEEDINGS**

    Further Case Management Conference-Held.  The court continues the matter 60 days to allow parties to go back to private mediation to work out settlement issues.  The two motions filed by both parties to enforce settlement will not go forward.  The hearing dates are vacated.  A further case management conference is set for 11/6/08 at 2:30 p.m.

**Order to be prepared by:**   [] Pl [] Def [] Court

**Notes:**

**cc: file**