1  JOHN E. HILL (Bar No. 45338)
   MICHAEL P. GUTA (Bar No. 121509)
2  LAW OFFICES OF JOHN E. HILL
   8105 Edgewater Drive, Suite 100
3  Oakland, CA 94621
   Telephone: (510) 588-1000
4  Facsimile:  (510) 729-6333

5  Attorneys for Plaintiffs

6

7                    UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9
                                                      PJH
10 PAMELA THOMPSON, Individually and as    Case No.  C 07-05437 ~~MEJ~~
   Personal Representative of CHARLES
11 THOMPSON, Deceased,                     REQUEST FOR DISMISSAL
                                           AND ORDER
12            Plaintiff,

13 v.

14 CONSECO SENIOR HEALTH INSURANCE
   COMPANY, a Pennsylvania corporation,
15 DOES I through XX

16            Defendant (s).

17       TO THE CLERK OF THE ABOVE-ENTITLED COURT:

18       Plaintiff PAMELA THOMPSON hereby requests that the entire action be dismissed with

19 prejudice.

20

21 Dated:                         LAW OFFICES OF JOHN E. HILL
                                  A Professional Corporation
22

23

24                                By: Michael P. Guta
                                  Attorneys for Plaintiff
25

26                                10/22/08

27                                          POINTS AND AUTHORITIES IN
                                            OPPOSITION TO MOTION TO
28 0822                     1               DISMISS/MOTION TO STRIKE

IT IS SO ORDERED

Judge Phyllis J. Hamilton

1

2
## PROOF OF SERVICE

3
I, Michael R. Sher, do hereby declare as follows:

4
I am employed in the City of Oakland and the County of Alameda, California.  I am

5
over the age of 18 years and not a party to the within action.  My business address is Law

6
Offices of John E. Hill, 8105 Edgewater Drive, Suite 100, Oakland, California  94621.

7
On ___10/14___, 2008,  I served the within: REQUEST FOR DISMISSAL, by placing a

8
true copy thereof in a sealed envelope,  addressed as follows:

9
Law Offices of Marc J. Wodin

10
23901 Calabasas Road, Ste 1076
Calabasas, CA 91302

11
(818) 595-3490
Fax: (818) 595- 3494

12
__X__   (Electronic Transmission) By causing an electronic delivery authorized under 28 U.S.C.

13
§ 1746,   Local Rules and General Orders of this Court regarding Electronic Case Filing.

14
_____   (By Mail)  I caused each such envelope, with postage thereon fully prepaid, to be placed
in the United States mail at Oakland, California.

15
(By Personal Service)  I caused each such envelope to be delivered by hand to the offices
of each addressee above.

16
(Telecopier)  I caused each such document to be delivered by telecopier to the offices of
each addressee above.

17
(Federal Express Mail)  I caused each such document to be delivered by hand to the
offices of each addressee by Federal Express, over night service.

18
I declare under penalty of perjury that the foregoing is true and correct.

19
Executed on ___10/14___ 2008, at Oakland, California.

20
MICHAEL R. SHER

21

22

23

24

25

26

27
POINTS AND AUTHORITIES IN
OPPOSITION TO MOTION TO

28
DISMISS/MOTION TO STRIKE

082227 3

2